1 | McCoy|fatula, LLP
Miles C. McCoy SBN 275643
2 | Stephen M. Fatula SBN 275814
950 Reserve Dr, Ste. 110
3 | Roseville, CA 95678

916.252.1620
4 | McCoy@McCoyfatula.com

5 | Attorneys for Plaintiff,
Evelyn C. Doll.

6

7

8 | DISTRICT COURT OF THE UNITED STATES OF AMERICA

9 | EASTERN DISTRICT OF CALIFORNIA

10 | EVELYN C. DOLL                    )   Case No.:
                                      )
11 |          Plaintiff,              )
                                      )   **COMPLAINT FOR INTENTIONAL**
12 | vs.                              )   **FRAUD, CONSPIRACY TO**
                                      )   **COMMIT INTENTIONAL FRAUD,**
13 | NANCY DOLL, ALEXANDER K.         )   **MISREPRESENTATION,**
     DOLL, PETER A. KEYS, DEBBIE      )   **CONVERSION, CONSPIRACY**
14 | KEYS, JENNY MATA, JENNIFER       )   **TO COMMIT CONVERSION,**
     BICKFORD                        )   **VIOLATION OF UNIFORM**
15 | and                              )   **POWER OF ATTORNEY ACT,**
                                      )   **BREACH OF CONTRACT, AND**
     DOES 1 – 99.                     )   **UNJUST ENRICHMENT**
16 |                                  )
                                      )   **DEMAND FOR JURY TRIAL**
17 |          Defendants.             )
     ―――――――――――――――――――――――――      /

18

19 | <u>JURISDICTION AND VENUE</u>

20 | 1.    EVELYN C. DOLL, hereafter "Plaintiff", is a citizen of the State of

21 | California.

22 | 2.    Plaintiff is elderly and cannot travel.

23 | 3.    NANCY DOLL, PETER A. KEYS, DEBBIE KEYS, and JENNY MATA,

24 | defendants, are citizens of and domiciled in the State of New Mexico.

4.   JENNIFER BRICKFORD, defendant, is a citizen of and domiciled in the State of California.

5.   All events, unless otherwise specified, occurred in the District of the State of New Mexico.

6.   This Court has jurisdiction under 28 USC §1322.

7.   Venue is proper under 28 USC § 1391.

8.   The amount in controversy between Plaintiff and each defendant exceeds $75,000 (seventy-five thousand dollars).

<u>FACTUAL ALLEGATIONS</u>

9.   Plaintiff is the mother of Defendant Nancy Doll.

10.   Defendant PETER A. KEYS is an attorney licensed to practice in the State of New Mexico.

11.   On July 19, 2011, at the behest of her attorney, PETER A. KEYS, and her daughter, NANCY DOLL, Plaintiff executed a Durable Power of Attorney prepared by PETER A. KEYS making NANCY DOLL her Attorney-In-Fact for financial decisions. (Exhibit 1, Durable General Power of Attorney)

12.   The document was notarized by Defendant Debbie Keys, wife of PETER A. KEYS. (Exhibit 1, Durable General Power of Attorney)

13.   From 2006 to July 2011, the Bank of America Account in EVELYN C. DOLL'S name averaged a balance of $77,000.00.

14.   EVELYN C. DOLL and KAREN U. FOX, EVELYN C. DOLL'S mother (deceased), were the named owners of Bank of America Account Number 4909 from July 2006 to May 2011. (Exhibit 2, Bank of America Statement 05/10/11-06/09/11)

15.   Beginning on the Bank of America statement for the period June 10, 2011 to July 8, 2011, "POA NANCY DOLL" is also listed on the statements for Account Number 4909. (Exhibit 3, Bank of America Statement 06/10/11-07/08/11)

16.   The digits 4909 are the last four digits of the checking number for the account, while the digits 0803 are the last four digits for the savings number for the account.

17.   On August 16, 2011, there was a deposit of $26,323.21 into Checking Account Number 4909 and a $43,030.22 deposit into Savings Account Number 0803. (Exhibit 4, Bank of America Statement 08/11/11-09/09/11)

18.   On August 12, 2011, $13,503.00 was withdrawn from the Savings Account Number 0803. (Exhibit 4, Bank of America Statement 08/11/11-09/09/11)

19.   On September 1, 2011, $5,000.00 was withdrawn from the Savings Account Number 0803. (Exhibit 4, Bank of America Statement 08/11/11-09/09/11)

20.   There was then a steady drawdown on the accounts of approximately $2,000.00 a month until February of 2012.

21.   On February 14, 2012, $13,500.00 was withdrawn from Account Number 4909. (Exhibit 5, Bank of America Statement 02/08/12-03/09/12)

22.   On February 23, 2012, an additional $3,126.00 was withdrawn from Account Number 4909. (Exhibit 5, Bank of America Statement 02/08/12-03/09/12)

23.   In April of 2012, $15,000.00 was wired to PETER A. KEYS. (Exhibit 6, Bank of America Statement 04/10/12-05/09/12)

24.   On April 19, 2012, $15,534.81 was withdrawn from Account Number 0803 in reference to check number 1007. (Exhibit 6, Bank of America Statement 04/10/12-05/09/12)

25.   Also in April, Account Number 4909 experienced an unusual number of transactions at restaurants. (Exhibit 6, Bank of America Statement 04/10/12-05/09/12)

26.   On June 27, 2012, $10,000.00 was transferred from Account Number 0803 to Account Number 4909. (Exhibit 7, Bank of America Statement 06/09/12-07/10/12)

27.   On June 28, 2012, $79,396.46 was deposited into Account Number 4909. (Exhibit 7, Bank of America Statement 06/09/12-07/10/12)

28.   At this point the average monthly deduction exceeded $12,000.00 for Account Number 4909.

29.   On August 9, 2012, $10,000.00 check number 393, to NANCY DOLL, cleared Account Number 0803. (Exhibit 8, Image of Check Number 393)

30.   On August 29, 2012, check number 342, to Peter Keys, cleared for the amount of $25,000.00. (Exhibit 9, Image of Check Number 342)

31.   Over the statement period August 11, 2012 through September 7, 2012, $45,000.00 was withdrawn from Account Number 0803. (Exhibit 10, Bank of America Statement 08/11/12-09/07/12)

32.   On September 11, 2012, Vodafone Group provided a $22,118.04 payment for the sale of stock, to Plaintiff. (Exhibit 11, Image of Check Number 7951672)

33.   That amount was deposited into Account Number 4909 on September 17, 2012. (Exhibit 12, Checking Deposit Receipt dated 09/15/12)

34.   That same day NANCY DOLL withdrew $10,000.00 at the counter. (Exhibit 13, Out of State Counter Withdrawal dated 09/15/12)

35.   On October 1, 2012, NANCY DOLL deposited $30,119.04 into Account Number 4909. (Exhibit 14, Checking Deposit Receipt dated 10/01/12)

36.   That amount resulted from the sale of Comcast Corporation for $29,624.03, from Alcatel-Lucent for $457.61, and Frontier Communications for $37.40. (Exhibit 15, Image of Check Number 32794; Exhibit 16, Image of Check Number 12029914; Exhibit 17, Image of Check Number 2704049)

37.   NANCY DOLL withdrew $10,000.00, for the second time that month. (Exhibit 18, Out of State Counter Withdrawal dated 10/01/12)

38.   Approximately $25,000.00 was withdrawn from Account Number 4909 over the statement period September 8, 2012 to October 10, 2012. (Exhibit 19, Bank of America Statement 09/08/12-10/10/12)

39.   $20,000.00 of the $25,000.00 withdrawn was cash withdrawn by NANCY DOLL.

40.   On November 5, 2012, NANCY DOLL transferred $10,000.00 from Account Number 0803 to Account Number 4909. (Exhibit 20, Bank of America Statement 10/11/12-11/07/12)

41.   Approximately $10,000.00 was withdrawn from Account Number 4909 over the statement period October 11, 2012 to November 7, 2012. (Exhibit 20, Bank of America Statement 10/11/12-11/07/12)

42.   NANCY DOLL executed the sale of Comcast Shares and received check number 034797 for $55,317.33 as a result of that sale. (Exhibit 21, Image of Check Number 034797)

43.   On November 13, 2012, NANCY DOLL deposited $55,000.33 into Account Number 4909. (Exhibit 22, Checking Deposit Receipt dated 11/13/12)

44. On November 21, 2012, NANCY DOLL wrote check number 290 from Account Number 4909 for $50,000.00 to DEFENDANT JENNIFER BICKFORD, granddaughter of Petitioner and niece of NANCY DOLL. (Exhibit 23, Bank of America Statement 11/08/12-12/07/12)

45. On November 20, 2012, NANCY DOLL executed the sale of AT&T Shares for the amount of $47,725.60 on check number 439509. (Exhibit 24, Image of Check Number 439509)

46. On November 23, 2012, First Savings Bank issued a check to Plaintiff for $139,263.51 on check number 179254. (Exhibit 25, Image of Check Number 179254)

47. On November 27, 2012, NANCY DOLL deposited check number 439509 from AT&T and the check number 179254 from First Savings Bank into Account Number 4909. (Exhibit 26, Checking Deposit Receipt dated 11/27/12 for $47,725.60, Exhibit 27, Checking Deposit Receipt dated 11/27/12 for $139,263.51)

48. On the same day, NANCY DOLL withdrew $40,000.00 from the counter. (Exhibit 28, Out of State Counter Withdrawal dated 11/27/12)

49. The next day, November 28, 2012, NANCY DOLL withdrew $160,000.00 and an additional $40,000.00. (Exhibit 23, Bank of America Statement 11/08/12-12/07/12)

50. NANCY DOLL withdrew approximately $500,000.00 from Account Number 4909 in total from August 16, 2011 through December 2012.

51. EVELYN C. DOLL did not benefit from these transactions.

52. On January 16, 2013, the Power of Attorney making NANCY DOLL Evelyn Doll's Attorney-In-Fact was revoked. (Exhibit 29, Durable Power of Attorney for Management of Property and Personal Affairs)

53. NANCY DOLL opened Wells Fargo Account Number 7711 on January 17, 2013, the day after the power of attorney was revoked.

54. NANCY DOLL executed the sale of AT&T shares in the amount of $98,758.00. (Exhibit 30, Image of Check Number 453992)

55. NANCY DOLL deposited $98,748.00 in NANCY DOLL's name alone on January 18, 2013. (Exhibit 31, Checking Deposit Receipt dated 01/18/13)

56. NANCY DOLL received check 02705517 from Georgeson Securities Corporation for $11,815.60 dated January 17, 2013. (Exhibit 32, Image of Check Number 02705517)

57. NANCY DOLL deposited check number 02705517 into Account Number 7711 on January 28, 2013.  (Exhibit 33, Checking Deposit Receipt dated 01/28/13)

58. On January 23, 2013 NANCY DOLL wrote check number 7951672 from Account Number 7711 to Defendant ALEXANDER K. DOLL, her son, for $120,000.00. (Exhibit 34, Image of Check Number 095)

59. None of the transactions executed in paragraphs 17-58 were for the benefit of Petitioner.

60. Over the same time period NANCY DOLL disposed of two real property assets.

61. NANCY DOLL sold a Triplex with addresses 2001, 2003, and 2005 North Swan, Silver City, NM 88061 to Defendant JENNY MATA on June 27, 2012.

62.   It appears this property was sold without a down payment for $1,000.00 per month until $90,000.00 was paid in full. (Exhibit 35, Promissory Note from Jenny Mata to Evelyn C. Doll dated 06/27/12)

63.   The property is approximately valued at $150,000.00.

64.   NANCY DOLL also sold a single-family home valued at approximately $170,000.00 to Peter Keys.

65.   NANCY DOLL sold the real property known as 504 East 32nd St. in Silver City, NM to PETER A. KEYS for forty-eight (48) monthly payments of $865.43, or $41,540.64. (Exhibit 36, The Addendum to the Escrow Agreement; Exhibit 37, Amoritization & Payment Schedule)

66.   This does not include the deduction of 6 monthly payments waived in exchange for legal services. (Exhibit 38, Letter from PETER A. KEYS dated 01/29/13)

67.   All the property in the home, including family heirlooms, was sold for $2,000.00.  (Exhibit 39, Image of Check Number 384864)

68.   None of these sales were authorized.

69.   None of these sales were executed for the benefit of Plaintiff.

70.   As Plaintiff's Attorney-In-Fact, NANCY DOLL had a fiduciary obligation to Plaintiff.

71.   As Plaintiff's agent, NANCY DOLL owed her a duty of loyalty, duty of good faith and fair dealing, and a duty to act solely in Plaintiff's interest, avoiding any conflicts of interest.

72.   Plaintiff did not benefit from the transactions NANCY DOLL executed.

73.   Plaintiff was harmed by the transactions NANCY DOLL executed.

74. NANCY DOLL did knowingly and purposefully take assets belonging to Petitioner for her own use.

75. NANCY DOLL acted solely in her own interest to defraud Plaintiff.

76. NANCY DOLL used her position to exert an undue influence over Plaintiff.

77. NANCY DOLL benefitted from the influence over Plaintiff.

78. NANCY DOLL defrauded Plaintiff of approximately $1,000,000 (one million dollars).

79. As Plaintiff's attorney, PETER A. KEYS had a fiduciary obligation to Plaintiff.

80. As her attorney, PETER A. KEYS was held to a high standard of honesty and full disclosure, and was required not to act in any manner adverse or contrary to the interests of Plaintiff, or from acting for his own benefit in relation to the subject matter.

81. PETER A. KEYS received checks written by NANCY DOLL from Plaintiff's account.

82. PETER A. KEYS returned $21,000.00 to Plaintiff for no reason. (Exhibit 40, Image of Check Number 384863)

83. PETER A. KEYS bought 504 East 32nd St. in Silver City, NM, the house in which he currently resides, from NANCY DOLL for over $100,000 less than its fair market value.

84. PETER A. KEYS used his position to exert an undue influence over Plaintiff.

85. PETER A. KEYS benefitted from the influence over Plaintiff.

86. Based on the above factual allegations, it must be presumed that PETER A. KEYS knew that NANCY DOLL was taking Plaintiff's money for her own.

87. Based on the above factual allegations, it must be presumed that PETER A. KEYS and NANCY DOLL worked together to take Plaintiff's property for their own.

88. DEBBIE KEYS, PETER A. KEYS'S wife, is also currently residing in the residence that formerly belonged to Plaintiff.

89. DEBBIE KEYS was notary for the execution of the Power of Attorney making NANCY DOLL Plaintiff's Attorney-In-Fact for financial decisions.

90. Based on the above factual allegations, it must be presumed that DEBBIE KEYS also conspired with PETER A. KEYS and NANCY DOLL to take Plaintiff's property for their own.

91. PETER A. KEYS'S son, UNNAMED DEFENDANT #1, assisted with the financial work that his father was doing for Plaintiff. (Exhibit 41, Letter from Peter A. Keys dated March 25, 2013).

92. UNNAMED DEFENDANT #1 was involved with the organization of Plaintiff's financial documents.

93. UNNAMED DEFENDANT #1 resided in the residence that formerly belonged to Plaintiff with DEBBIE KEYS and PETER A. KEYS.

94. Based on the above factual allegations, it must be presumed that UNNAMED DEFENDANT #1 also conspired with DEBBIE KEYS, PETER A. KEYS and NANCY DOLL to take Plaintiff's property for their own.

95.   Defendant ALEXANDER K. DOLL remains in possession of the $120,000.00 NANCY DOLL sent him.

96.   Defendant JENNIFER BICKFORD remains in possession of the $50,000.00 NANCY DOLL sent her.

97.   Defendant JENNY MATA remains in possession of the Triplex with addresses 2001, 2003, and 2005 North Swan, Silver City, NM NANCY DOLL sold to her.

### FIRST CAUSE OF ACTION AGAINST DEFENDANTS NANCY DOLL, PETER A. KEYS, AND DEBBIE KEYS: INTENTIONAL FRAUD

98.   Plaintiff restates Paragraphs 1-97.

99.   Defendants NANCY DOLL, PETER A. KEYS, and DEBBIE KEYS individually and collectively represented to Plaintiff that the Power of Attorney Plaintiff executed with NANCY DOLL would be for benefit of Plaintiff;

100.   Defendants' representation was false;

101.   Defendants knew the representation was false when they made it,

102.   Defendants made the representation recklessly and without regard for its truth;

103.   Defendants intended Plaintiff rely on the representation;

104.   Plaintiff reasonably relied on Defendants' representation;

105.   Plaintiff was harmed;

106.   Plaintiff's reliance on Defendants' representation was a substantial factor in causing her harm.

107.   Plaintiff will prove damages at trial.

## SECOND CAUSE OF ACTION AGAINST DEFENDANTS NANCY DOLL, PETER A. KEYS, AND DEBBIE KEYS: CONSPIRACY TO COMMIT INTENTIONAL FRAUD

1.    Plaintiff restates Paragraphs 1-97.

2.    Defendants NANCY DOLL, PETER A. KEYS, and DEBBIE KEYS colluded with the purpose of committing intentional fraud.


## THIRD CAUSE OF ACTION AGAINST DEFENDANTS NANCY DOLL, PETER A. KEYS, AND DEBBIE KEYS: NEGLIGENT MISREPRESENTATION

3.    Plaintiff restates Paragraphs 1-97.

4.    Defendants NANCY DOLL, PETER A. KEYS, and DEBBIE KEYS represented to Plaintiff that the Power of Attorney Plaintiff executed with NANCY DOLL would be for benefit of Plaintiff;

5.    Defendants' representation was not true;

6.    Although either Defendant NANCY DOLL or PETER A. KEYS may have honestly believed the representation was true, Defendants had no reasonable grounds for believing the representation was true when they made it;

7.    Defendants intended Plaintiff rely on this representation;

8.    Plaintiff reasonably relied on Defendants' representation;

9.    Plaintiff was harmed;

10.    Plaintiff's reliance on Defendants' representation was a substantial factor in causing her harm.

11.    Plaintiff will prove damages at trial.

1

2  FOURTH CAUSE OF ACTION AGAINST DEFENDANTS NANCY DOLL, PETER

3  A. KEYS, DEBBIE KEYS, UNNAMED DEFENDANT #1, ALEXANDER K. DOLL,

4  JENNIFER BICKFORD, AND JENNY MATA: CONVERSION

5      12.   Plaintiff restates Paragraphs 1-97.

6      13.   EVELYN C. DOLL owned the money, stocks, and real property

7            referenced above;

8      14.   Defendants NANCY DOLL and PETER A. KEYS intentionally and

9            substantially interfered with EVELYN C. DOLL'S property by:

10     15.   taking possession of that the money, stocks, and real property;

11     16.   EVELYN C. DOLL was not able to consent;

12     17.   EVELYN C. DOLL did not consent;

13     18.   EVELYN C. DOLL was harmed; and

14     19.   NANCY DOLL and PETER A. KEYS'S conduct was a substantial

15            factor in causing EVELYN C. DOLL's harm.

16

17       FIFTH CAUSE OF ACTION AGAINST DEFENDANTS NANCY DOLL,

18       PETER A. KEYS, AND DEBBIE KEYS: CONSPIRACY TO COMMIT

19                              CONVERSION

20     20.   Plaintiff restates Paragraphs 1-97.

21     21.   Defendants NANCY DOLL, PETER A. KEYS, and DEBBIE KEYS

22  worked in concert;

23     22.   Their purpose was to convert property owned by Plaintiff to

24  defendants' own use;

---

23.   Plaintiff was damaged as a result of these acts.

24.   Plaintiff will prove damages at trial.

### SIXTH CAUSE OF ACTION AGAINST DEFENDANT NANCY DOLL:

### VIOLATION OF UNIFORM POWER OF ATTORNEY ACT

25.   Plaintiff restates Paragraphs 1-97.

26.   NANCY DOLL did not act in accordance with Plaintiff's reasonable expectations to the extent actually known by her nor in the Plaintiff's best interest;

27.   NANCY DOLL did not act in good faith;

28.   NANCY DOLL did not act loyally for Plaintiff's benefit;

29.   NANCY DOLL did not act so as not to create a conflict of interest that impaired her ability to act impartially in Plaintiff's best interest;

30.   NANCY DOLL did not act with the care, competence and diligence ordinarily exercised by agents in similar circumstances;

31.   NANCY DOLL breached her duty to Plaintiff.

32.   Plaintiff will prove damages at trial.

### SEVENTH CAUSE OF ACTION AGAINST DEFENDANT PETER A. KEYS:

### BREACH OF CONTRACT

33.   Plaintiff restates Paragraphs 1-97.

34.   A contract existed between Plaintiff and Defendant PETER A. KEYS for legal representation.

35. Defendant PETER A. KEYS breached his contract with Plaintiff EVELYN C. DOLL.

36. Plaintiff performed by paying PETER A. KEYS'S attorney fees.

37. Defendant PETER A. KEYS breached his contract by failing to perform his contractual obligation when that performance was called for.

38. Defendant PETER A. KEYS breached by colluding with Defendant NANCY DOLL to convert Plaintiff's property to their own.

39. Defendant had the ability to perform.

40. Plaintiff was damaged as a result of the breach.

41. Plaintiff will prove damages at trial.

## EIGHTH CAUSE OF ACTION AGAINST DEFENDANT PETER A. KEYS:

## UNJUST ENRICHMENT

42. Plaintiff restates paragraphs 1-97.

43. Plaintiff paid PETER A. KEYS's attorney fees

44. In return, PETER A. KEYS colluded with NANCY DOLL to convert Plaintiff's property to their own.

45. PETER A. KEYS bought a house for much less than market value.

46. The enrichment is at the expense of Plaintiff.

WHEREFORE, Plaintiff prays for:

A judgment granting Plaintiff damages in an amount that exceeds $75,000, with actual damages to be proven at trial;

A jury trial;

1        An award of attorney fees;

2        An award of punitive damages to be proved at trial; and,

3        Any other award the Court finds appropriate.

4

5  Dated: April 29, 2013                 McCoy Fatula, LLP

6

7

8                           Miles C. McCoy
                            Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT 1

09-23-11;10:14AM;UPS STORE 0105          RECEIVED  09/23/2011 10:15    5753885747                    PETER KEYS
                                                                                                   :505 265 1788        # 5/ 9

## DURABLE GENERAL POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That I, Evelyn Doll, Social Security Number: 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 residing at 504 E. 32nd Street, Silver City, Grant County, New Mexico do hereby name, constitute and appoint NANCY DOLL, 4949 Roma Ave., NE. #7, Albuquerque, New Mexico, my true and lawful attorney in fact to act for me and in my name, place and stead in any way which I could do if I were personally present and acting on my own behalf to do and perform all acts and to execute, acknowledge and deliver and obtain all instruments and documents relating to all things whatsoever, the following:

### GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the Uniform Power of Attorney Act:

( ) Real Property: _____
( ) Tangible Personal Property: _____
( ) Stocks and Bonds: _____
( ) Commodities and Options: _____
( ) Banks and Other Financial Institutions: _____
( ) Operation of Entity or Business: _____
( ) Insurance and Annuities: _____
( ) Estates, Trusts and Other Beneficial Interests: _____
( ) Claims and Litigation: _____
( ) Personal and family maintenance
( ) Benefits from Governmental Programs or Civil or Military Service: _____
( ) Retirement Plans: _____
( ) Taxes: _____
(x) All Preceding Subjects: _ED_

### GRANT OF SPECIFIC AUTHORITY (OPTIONAL)

My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent.)

( ) Create, amend, revoke or terminate an inter vivos trust
( ) Make a gift, subject to the limitations of Section 217 of the Uniform Power of Attorney Act and any special instructions in this power of attorney
( ) Create or change rights of survivorship
( ) Create or change a beneficiary designation
( ) Authorize another person to exercise the authority granted under this power of attorney

09-22-11; 10:14AM; UPS STORE 0105    RECEIVED  09/23/2011 10:15    5753005747        PETER KEYS
                                                                                    ; 505 206 1789      # 6/ 0

( ) Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan
( ) Exercise fiduciary powers that the principal has authority to delegate
( ) Disclaim or refuse an interest in property, including a power of appointment

## LIMITATION ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse or descendant MAY NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

### SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines:

_____

### EFFECTIVE DATE:

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

### NOMINATION OF CONSERVATOR OR GUARDIAN (OPTIONAL)

If it becomes necessary for a Court to appoint a conservator or guardian of my estate or guardian of my person, I nominate the following person(s) for appointment:

Name of Nominee for conservator of my estate: _____

Nominee's Address: _____

Nominee's Telephone Number: _____ _____

Name of Nominee for guardian of my person: _____

Nominee's Address: _____

Nominee's Telephone Number: _____

### RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

RECEIVED  09/23/2011 10:15   5753885747          PETER KEYS
09-23-11;10:14AM;UPS STORE 0105                                  :605 266 1789        # 7/ 9

STATE OF NEW MEXICO   )
                      )ss.
COUNTY OF GRANT       )

WITNESS my hand and seal this 19ᵀᴴ day of July, 2011

*Evelyn C. Doll*
EVELYN C. DOLL

The foregoing instrument was acknowledged before me this 19ᵀᴴ day of July, 2011, by

Evelyn C. Doll.

Notary Public in and for the
State of New Mexico

My commission expires: June 23, 2012

OFFICIAL SEAL
Debbie L. Keys
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires

(SEAL)

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my agent is unable or unwilling to act for me, I name as my successor agent:

Name of Successor Agent: _____

Successor Agent's Address: _____
Successor Agent's Telephone Number: _____

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

Name of Second Successor Agent: _____

Second Successor Agent's Address: _____

Second Successor Agent's Telephone Number: _____

IMPORTANT INFORMATION FOR AGENT

RECEIVED   09/23/2011 10:15   5753885747                    PETER KEYS
09-23-11:10::14AM:UPS STORE 0105                                          :508 285 1769        © 8/ 9

Agent's Duties:

When you accept the authority granted under this power of attorney, a special legal relationship
is created between you and the principal. This relationship imposes upon you legal duties that
continue until you resign or the power of attorney is terminated or revoked.  You must:

1.   do what you know the principal reasonably expects you to do with the principal's property
or, if you do not know the principal's expectations, act in the principal's best interest;

2.   act in good faith;

3.   do nothing beyond the authority granted in this power of attorney; and

4.   disclose your identity as an agent whenever you act for the principal by writing or printing
the name of the principal and signing your own name as "agent" in the following manner:

Unless the Special Instructions in this power of attorney state otherwise, you must also:

1.   act loyally for the principal's benefit;

2.   avoid conflicts that would impair your ability to act in the principal's best interest;

3.   act with care, competence and diligence;

4.   keep a record of all receipts, disbursements and transactions made on behalf of the
principal;
5.   cooperate with any person that has authority to make health care decisions for the principal
to do what you know the principal reasonably expects or, if you do not know the principal's
expectations, to act in the principal's best interest; and

6.   attempt to preserve the principal's estate plan if you know the plan and preserving the plan
is consistent with the principal's best interest.

Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this
power of attorney or your authority under this power of attorney.  Events that terminate a power
of attorney or your authority to act under a power of attorney include:

1.   death of the principal;

2.   the principal's revocation of the power of attorney or your authority;

3.   the occurrence of a termination event stated in the  power of attorney;

4.   the purpose of the power of attorney is fully  accomplished; or

09-29-11;10:14AM;UPS STORE 0106    RECEIVED 09/23/2011 10:15    5753885747    PETER KEYS
1608 266 1789    # 6/ 9

5.    if you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

### Liability of Agent

The meaning of the authority granted to you is defined in the Uniform Power of Attorney Act. If you violate the Uniform Power of Attorney Act or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

# EXHIBIT 2

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Combined Statement**
Page 1 of 4
Statement Period
05-10-11 through 06-09-11
B 05 0 I P PI  5          0

|||||||||||||||||||||||||||||||||||||||
10794 001 SCM999 I  34 0

EVELYN C DOLL
OR KARIN U FOX
504 E 32ND ST
SILVER CITY NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

**Customer Service Information**
**www.bankofamerica.com**

For additional information on service, you may call:       Or you may write to:
1.800.432.1000 Wealth Management Banking Support       Bank of America, N.A.
1.800.688.6086 En Español                                P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                        Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 4009 | 06-09 | 1,488.38 |
| Money Market Savings | 0803 | 06-09 | 69,357.75 |
| Fixed Term CD | * 9815 | 06-09 | 7,522.32 |

**Total Deposit Account Balance $78,368.45**

* Detailed information about this account is not included on this statement.

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

H

Combined Statement
Page 2 of 4
Statement Period
05-10-11 through 06-09-11
B 05 0 I P PI   5

EVELYN C DOLL
OR KARIN U FOX

## Deposit Accounts

### Interest Checking

EVELYN C DOLL  OR KARIN U FOX

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 4909 |
| Beginning Balance on 05-10-11 | $ | 1,474.37 |
| Deposits and Other Additions | + | 75.01 |
| Checks Posted | - | 61.00 |
| **Ending Balance on 06-09-11** | $ | 1,488.38 |

*Annual Percentage Yield Earned this Statement
Period:  0.01%
Interest Paid Year to Date:  $0.06
Your account has overdraft protection provided by
Deposit Account number           0803.*

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 05-16 | 12.00- | 1,462.37 | Check     2289 |
| 05-27 | 49.00- | 1,413.37 | Check     2290 |
| 06-01 | 75.00+ | 1,488.37 | Region V Housing Des:Ll Rent    ID:Xxxxxxxxx |
| | | | Indn:Doll, Evelyn        Co ID:2850365107 Ccd |
| 06-09 | 0.01+ | 1,488.38 | Interest Earned |

### Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|
| 2289 | 05-16 | 12.00 | 2290 | 05-27 | 49.00 |

**Total Checks Posted $61.00**

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 1,474.37 | 05-27 | 1,413.37 | 06-09 | 1,488.38 |
| 05-16 | 1,462.37 | 06-01 | 1,488.37 | | |



EVELYN C DOLL
OR KARIN U FOX

Combined Statement
Page 3 of 4
Statement Period
05-10-11 through 06-09-11
B 05 0 1 P PI  5

## Money Market Savings

### EVELYN C DOLL   OR KARIN U FOX

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0803 |
| Beginning Balance on 05-10-11 | $ | 69,353.63 |
| Deposits and Other Additions | + | 4.12 |
| **Ending Balance on 06-09-11** | **$** | **69,357.75** |

*Annual Percentage Yield Earned this Statement
Period: 0.07%
Interest Paid Year to Date: $24.06*

### Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-09 | 4.12 + | 69,357.75 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 69,353.63 | 06-09 | 69,357.75 |

### Time Deposits (CDs)
#### As of  06-09-11

| Account Owner | Account Number | Interest Paid This Period ($) | Interest Paid Year To Date ($) | Interest Rate (%) | Annual Percentage Yield (%)* | Maturity Date | Current Balance ($) |
|---|---|---|---|---|---|---|---|
| EVELYN C DOLL KARIN U FOX (POD) CYNTHIA S HITCHENS | | | | | | | |
| Fixed Term CD | 9815 | 4.02 | 20.19 | 0.65 | 0.65 | 12-10-11 | 7,522.32 |

* The annual percentage yield shown assumes that interest is allowed to compound. If your interest is paid to another account by transfer or by check, your
annual percentage yield may be lower.

H

Combined Statement
Page 4 of 4     ⬛⬛⬛⬛4909

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ............................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................. $ _____
2. Add any deposits not shown on this statement ............................................. $ _____

_____
_____

**SUBTOTAL** .................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and 🏠 Equal Housing Lender

# EXHIBIT 3

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Combined Statement**
Page 1 of 4
Statement Period
06-10-11 through 07-08-11
B 05 0 I P PI   5          0

11794 001 SCM999 I1      0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
504 E 32ND ST
SILVER CITY NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
1.800.432.1000 Wealth Management Banking Support          Bank of America, N.A.
1.800.688.6086 En Español                                              P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                              Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | | Account Number | Statement Date | Balance ($) |
|---|---|---|---|---|
| **Bank Deposit Accounts \*\*** | | | | |
| Interest Checking | | 4909 | 07-08 | 11,243.41 |
| Money Market Savings | | 0803 | 07-08 | 62,854.58 |
| Fixed Term CD | \* | 9815 | 07-08 | 7,526.47 |

**Total Deposit Account Balance $81,624.46**

\* Detailed information about this account is not included on this statement.

\*\* Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

### New ATM Card and Debit Card Replacement Service Fees:

Effective September 12, 2011, we charge a $5 Replacement ATM or Debit Card Fee each time you ask us
to replace an ATM card or debit card. You'll usually receive the card in the mail within 5-7 days of your
request. If you request rush delivery, we charge an additional $20 Rush Replacement ATM or Debit Card
Fee and you generally receive the card in 2 business days. We deduct these fees automatically from
your account and they appear on your checking or savings statement. These fees also apply to
replacement of debit tags and other access devices.

H

**Combined Statement**
Page 2 of 4
Statement Period
06-10-11 through 07-08-11
B 05  0 I P PI   5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Effective July 21, 2011, if we place holds on checks deposited to your account, the minimum amount made available to you by the next business day increases from $100 to $200. Funds from check deposits are generally available to you no later than the first business day after the day we receive your deposit. However, in some cases we place a hold on funds that you deposit by check.

## Deposit Accounts

### Interest Checking

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 4909 |
| Beginning Balance on 06-10-11 | $ | 1,488.38 |
| Deposits and Other Additions | + | 10,075.06 |
| ATM and Debit Card Subtractions | - | 320.03 |
| **Ending Balance on 07-08-11** | $ | **11,243.41** |

*Annual Percentage Yield Earned this Statement Period: 0.01%*
*Interest Paid Year to Date: $0.12*
*Your account has overdraft protection provided by Deposit Account number        0803.*

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-22 | 10,000.00 + | 11,488.38 | NM Tlr transfer Banking Ctr Silver City (Main)        #0009681 NM Confirmation# 4976343492 |
| 06-23 | 300.00- | 11,188.38 | BkofAmerica ATM 06/23 #000009014 Withdrwl Silver City        Silver City   NM |
| 06-24 | 20.03- | 11,168.35 | CheckCard  0622 Silver Shamrock Silver City   NM 24427331174120002247492 |
| 07-01 | 75.00 + | 11,243.35 | Region V Housing Des:Ll Rent    ID:Xxxxxxxxx Indn:Doll, Evelyn        Co ID:2850365107 Ccd |
| 07-08 | 0.06 + | 11,243.41 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 1,488.38 | 06-23 | 11,188.38 | 07-01 | 11,243.35 |
| 06-22 | 11,488.38 | 06-24 | 11,168.35 | 07-08 | 11,243.41 |



**Combined Statement**
Page 3 of 4          2(
Statement Period
06-10-11 through 07-08-11
B  05  0  I  PPI   5          (

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Money Market Savings

EVELYN C DOLL   KARIN U FOX
POA NANCY DOLL

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 0803 | |
| Beginning Balance on 06-10-11 | $ 69,357.75 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions | + 3.83 | *Period: 0.07%* |
| Other Subtractions | - 6,507.00 | *Interest Paid Year to Date: $27.89* |
| **Ending Balance on 07-08-11** | **$ 62,854.58** | |

### Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 07-06 | 3,172.00- | 66,185.75 | Customer Withdrawal Image |
| 07-07 | 3,335.00- | 62,850.75 | NM Tlr cash withdrawal from Sav 0803 |
| | | | Banking Ctr East Central Office        #0001102 NM |
| | | | Confirmation# 3705524222 |
| 07-08 | 3.83 + | 62,854.58 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 69,357.75 | 07-07 | 62,850.75 |
| 07-06 | 66,185.75 | 07-08 | 62,854.58 |

### Time Deposits (CDs)
As of  07-08-11

| Account Owner | Account Number | Interest Paid This Period ($) | Interest Paid Year To Date ($) | Interest Rate (%) | Annual Percentage Yield (%)* | Maturity Date | Current Balance ($) |
|---|---|---|---|---|---|---|---|
| EVELYN C DOLL KARIN U FOX (POD) CYNTHIA S HITCHENS | | | | | | | |
| Fixed Term CD | 9815 | 4.15 | 24.34 | 0.65 | 0.65 | 12-10-11 | 7,526.47 |

* The annual percentage yield shown assumes that interest is allowed to compound. If your interest is paid to another account by transfer or by check, your annual percentage yield may be lower.

H

Combined Statement
Page 4 of 4        4909

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................. $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ............. $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ............................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................... $ _____

2. Add any deposits not shown on this statement ............................................... $ _____

_____

### SUBTOTAL ................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................ $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and    Equal Housing Lender

# EXHIBIT 4

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 5                    ████████824!
Statement Period
08-11-11 through 09-09-11
B 05 0 I P PI  5                      0

I|ıIı.IıIIIıı..IIıı..ıI.IıIıIı.Iıı.IıI.IıIı.IıI.ıI.IıIıIIII

12794 001 SCM999 I 23  0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
504 E 32ND ST
SILVER CITY NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:      Or you may write to:
1.800.487.1000 Wealth Management Banking Support            Bank of America, N.A.
1.800.688.6086 En Espanol                                   P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                 ☒         Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts **| | | |
| Interest Checking | ████████ 4909 | 09-09 | 34,596.46 |
| Money Market Savings | ████████ 0803 | 09-09 | 83,590.30 |
| Fixed Term CD | * ████████ 9815 | 09-09 | 7,534.65 |
| | | **Total Deposit Account Balance** | **$125,721.41** |

\* Detailed information about this account is not included on this statement.

\*\* Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

H'

Combined Statement
Page 2 of 5
Statement Period
08-11-11 through 09-09-11
B 05 0 I P PI 5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 4909 |
| Beginning Balance on 08-11-11 | $ | 11,998.01 |
| Deposits and Other Additions | + | 26,398.45 |
| ATM and Debit Card Subtractions | - | 600.00 |
| Other Subtractions | - | 3,200.00 |
| Ending Balance on 09-09-11 | $ | 34,596.46 |

*Annual Percentage Yield Earned this Statement
Period: 0.01%
Interest Paid Year to Date: $0.47
Your account has overdraft protection provided by
Deposit Account number* 0803.

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-12 | 200.00- | 11,798.01 | NM Tlr cash withdrawal from Chk 4909 Banking Ctr Silver City (Main)      #0009681 NM Confirmation# 8617465743 |
| 08-15 | 3,000.00- | 8,798.01 | Customer Withdrawal Image |
| 08-16 | 26,323.21 + | 35,121.22 | Counter Credit |
| 08-18 | 200.00- | 34,921.22 | BkofAmerica ATM 08/18 #000002154 Withdrwl Silver City      Silver City   NM |
| 08-25 | 200.00- | 34,721.22 | BkofAmerica ATM 08/25 #000003493 Withdrwl Silver City      Silver City   NM |
| 09-01 | 75.00 + | 34,796.22 | Region V Housing Des:Li Rent   ID:Xxxxxxxxx Indn:Doll, Evelyn      Co ID:2850365107 Ccd |
| 09-07 | 200.00- | 34,596.22 | BkofAmerica ATM 09/07 #000006052 Withdrwl Silver City      Silver City   NM |
| 09-09 | 0.24 + | 34,596.46 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 11,998.01 | 08-16 | 35,121.22 | 09-01 | 34,796.22 |
| 08-12 | 11,798.01 | 08-18 | 34,921.22 | 09-07 | 34,596.22 |
| 08-15 | 8,798.01 | 08-25 | 34,721.22 | 09-09 | 34,596.46 |



Combined Statement
Page 3 of 5
Statement Period
08-11-11 through 09-09-11
B 05 0 I P PI 5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

---

## Money Market Savings

### EVELYN C DOLL  KARIN U FOX
### POA NANCY DOLL

---

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0803 |
| Beginning Balance on 08-11-11 | $ | 59,358.46 |
| Deposits and Other Additions | + | 43,034.84 |
| Other Subtractions | - | 18,803.00 |
| **Ending Balance on 09-09-11** | **$** | **83,590.30** |

*Annual Percentage Yield Earned this Statement Period:  0.07%*
*Interest Paid Year to Date:  $36.39*

---

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-12 | 43,030.22 + | 102,388.68 | Counter Credit |
| 08-12 | 13,503.00- | 88,885.68 | Customer Withdrawal Image |
| ?-12 | 300.00- | 88,585.68 | NM Tlr cash withdrawal from Sav 0803 |
| | | | Banking Ctr Silver City (Main)        #0009681 NM |
| | | | Confirmation# 2517578938 |
| 09-01 | 5,000.00- | 83,585.68 | NM Tlr cash withdrawal from Sav 0803 |
| | | | Banking Ctr East Central Office        #0001102 NM |
| | | | Confirmation# 5389296926 |
| 09-09 | 4.62 + | 83,590.30 | Interest Earned |

---

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 59,358.46 | 09-01 | 83,585.68 |
| 08-12 | 88,585.68 | 09-09 | 83,590.30 |

H

Combined Statement
Page 4 of 5
Statement Period
08-11-11 through 09-09-11
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Time Deposits (CDs)
### As of 09-09-11

| Account Owner | Account Number | Interest Paid This Period ($) | Interest Paid Year To Date ($) | Interest Rate (%) | Annual Percentage Yield (%)* | Maturity Date | Current Balance ($) |
|---|---|---|---|---|---|---|---|
| EVELYN C DOLL | | | | | | | |
| KARIN U FOX | | | | | | | |
| (POD) CYNTHIA S HITCHENS | | | | | | | |
| Fixed Term CD | ███9815 | 4.16 | 32.52 | 0.65 | 0.65 | 12-10-11 | 7,534.65 |

* The annual percentage yield shown assumes that interest is allowed to compound. If your interest is paid to another account by transfer or by check, your annual percentage yield may be lower.

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ...................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................ $ _____

2. Add any deposits not shown on this statement ................................................................ $ _____

_____

_____

SUBTOTAL ................................................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................ $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance ................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# EXHIBIT 5

**Bank of America**

P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
009
Statement Period
02-08-12 through 03-09-12
B 05 0 I P PI 5       0037374

H

Platinum Privileges

12794 001 SCM999 I1 3  0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
504 E 32ND ST
SILVER CITY, NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

**Customer Service Information**

**www.bankofamerica.com**

For additional information or service you may call:        Or you may write to:
1.800.432.1000 Wealth Management Banking Support        Bank of America, N.A.
1.800.688.6086 En Español                                P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                        Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** ** | | | |
| Interest Checking | 4909 | 03-09 | 31,578.80 |
| Money Market Savings | 0803 | 03-09 | 56,494.07 |

**Total Deposit Account Balance $88,072.87**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

---

### Effective July 1, 2012, the qualifications for the Platinum Privileges program are changing.

To qualify for the Platinum Privileges® program you must have an active Bank of America checking account. The balance qualifications, including combined balances, are not changing. Information regarding this program and account qualifications can be found in the Personal Schedule of Fees at www.bankofamerica.com/feesataglance.

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX   EVELYN C DOLL
POA NANCY DOLL

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 4909 |
| Beginning Balance on 02-08-12 | $ | 31,785.91 |
|   Deposits and Other Additions | + | 71.27 |
|   ATM and Debit Card Subtractions | - | 200.00 |
|   Other Subtractions | - | 78.38 |
| Ending Balance on 03-09-12 | $ | 31,578.80 |

*Annual Percentage Yield Earned this Statement
Period: 0.01%
Interest Paid Year to Date:  $0.80
Your account has overdraft protection provided by
Deposit Account number* 0803.

### Your Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Interest Checking | 4909 | 31,680.16 | Average | 03-08 |
| Money Market Savings | 0803 | 61,152.28 | Average | 03-08 |
| Fi  Term CD | 9815 | 0.00 | Current | 02-10 |
| **Total Qualifying Balance $92,832.44** | | | | |

Thank you for banking with us.  The monthly maintenance fee was waived this statement cycle because you are an Advantage customer who maintained a qualifying balance.

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 02-17 | 78.38- | 31,707.53 | Safebox Fee |
| 02-27 | 200.00- | 31,507.53 | BkofAmerica ATM 02/26 #000002115 Withdrwl Silver City       Silver City     NM |
| 03-01 | 71.00+ | 31,578.53 | Region V Housing Des:LI Rent     ID:Xxxxxxxxx Indn:Doll, Evelyn          Co ID:2850365107 Ccd |
| 03-09 | 0.27+ | 31,578.80 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 31,785.91 | 02-27 | 31,507.53 | 03-09 | 31,578.80 |
| 02-17 | 31,707.53 | 03-01 | 31,578.53 | | |

Combined Statement
H
4909
Statement Period
02-08-12 through 03-09-12
B 05  0  I  P  PI   5
0037376

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL  KARIN U FOX
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 0803 | |
| Beginning Balance on 02-08-12 | $ 73,116.48 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions | + 3.59 | *Period: 0.07%* |
| Checks Posted | - 3,126.00 | *Interest Paid Year to Date: $12.12* |
| Other Subtractions | - 13,500.00 | |
| **Ending Balance on 03-09-12** | **$ 56,494.07** | |

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 02-14 | 13,500.00- | 59,616.48 | Customer Withdrawal Image |
| 02-23 | 3,126.00- | 56,490.48 | Check          1006 |
| 03-09 | 3.59+ | 56,494.07 | Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) |
|---|---|---|
| 1006 | 02-23 | 3,126.00 |

**Total Checks Posted $3,126.00**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 73,116.48 | 02-23 | 56,490.48 |
| 02-14 | 59,616.48 | 03-09 | 56,494.07 |

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ......................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ......................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................................................. $ _____
2. Add any deposits not shown on this statement ......................................................................................... $ _____

_____
_____

SUBTOTAL ............................................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals.

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................. $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This Balance should match your new Account Register Balance ......................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

*  Tell us your name and account number.
*  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
*  Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 calender days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

## Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Platinum Privileges**

10794 001 SCM999 I1     0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
504 E 32ND ST
SILVER CITY, NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:         Or you may write to:
1.800.432.1000 Wealth Management Banking Support         Bank of America, N.A.
1.800.688.6086 En Español                                P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                        Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | ▇▇▇▇4909 | 04-09 | 31,650.07 |
| Money Market Savings | ▇▇▇▇0803 | 04-09 | 56,617.77 |

**Total Deposit Account Balance $88,267.84**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

# EXHIBIT 6

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Combined Statement**
Page 1 of 5
Statement Period
04-10-12 through 05-09-12
B 05 0 I P PI 5        0030727

4909

Platinum Privileges

10794 001 SCM999 I   4 0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
504 E 32ND ST
SILVER CITY, NM 88061-5908

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:     Or you may write to:
1.800.432.1000 Wealth Management Banking Support       Bank of America, N.A.
1.800.688.6086 En Español                               P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                       Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts \*\*** | | | |
| Interest Checking | 4909 | 05-09 | 16,029.48 |
| Money Market Savings | 0803 | 05-09 | 41,085.58 |

**Total Deposit Account Balance $57,115.06**

\*\* Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

H

Combined Statement
Page 2 of 5 ▓▓▓▓4909
Statement Period
04-10-12 through 05-09-12
B 05 0 I P PI 5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX   EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | ▓▓▓▓4909 |
| Beginning Balance on 04-10-12 | $ | 31,650.07 |
| Deposits and Other Additions | + | 8,622.17 |
| ATM and Debit Card Subtractions | - | 9,217.76 |
| Service Charges and Other Fees | - | 25.00 |
| Other Subtractions | - | 15,000.00 |
| **Ending Balance on 05-09-12** | **$** | **16,029.48** |

*Annual Percentage Yield Earned this Statement Period:  0.01%*
*Interest Paid Year to Date:  $1.27*
*Your account has overdraft protection provided by Deposit Account number* ▓▓▓▓0803.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 04-12 | 4,310.95+ | 35,961.02 | NM Tlr transfer Banking Ctr Silver City (Main)        #0009681 NM Confirmation# 8725733720 |
| 04-12 | 200.00- | 35,761.02 | BkofAmerica ATM 04/12 #000001500 Withdrwl Silver City        Silver City   NM |
| 04-17 | 223.28- | 35,537.74 | Wal-Mart #0835  04/17 #000518700 Purchase 400 Eubank Blvd N  Albuquerque   NM |
| 04-20 | 3,317.00- | 32,220.74 | Nnt Southwest   04/20 #000024027 Purchase 4311 Menaul Blvd   Albuquerque   NM |
| 04-23 | 333.62- | 31,887.12 | Big Lots #0443  04/23 #000821282 Purchase Zuni San Mateo Pl  Albuquerque   NM |
| 04-23 | 94.18- | 31,792.94 | Sou The Home D  04/23 #000549201 Purchase 200 Eubank Blvd S  Albuquerque   NM |
| 04-24 | 235.29- | 31,557.65 | Wal-Mart #0835  04/24 #000339600 Purchase 400 Eubank Blvd N  Albuquerque   NM |
| 04-24 | 201.11- | 31,356.54 | CheckCard  0424 Dtv*directv Hardware 800-347-3288 CA 2469216211500055 2233978 |
| 04-25 | 625.86+ | 31,982.40 | Counter Credit |
| 04-26 | 15,000.00- | 16,982.40 | Wire Type:Wire Out Date:120426 Time:1622 Et Trn:2012042600262419 Service Ref:010556 Bnf:Peter Keys ID:20015731 Bnf Bk:Tib The Independ Ent Ban ID:I11010170 Pmt Det:01120426007443Nnfor F Uther Credit To Am Bank Acct 1016336 |
| 04-26 | 195.58- | 16,786.82 | CheckCard  0425 Sisters Salon Albuquerque   NM 2476501211720700 0000035 |
| 04-26 | 70.03- | 16,716.79 | CheckCard  0425 Elephant Bar #244 Albuquerque   NM 2449398211728649 9901807 |
| 04-26 | 67.62- | 16,649.17 | CheckCard  0423 O'Niell's Pub Albuquerque   NM 2463269211611620 6856507 |
| 04-26 | 43.96- | 16,605.21 | CheckCard  0424 Veterans Canteen #501 Albuquerque   NM 2444500211610041 7599022 |

H
Combined Statement
Page 3 of 5
Statement Period
04-10-12 through 05-09-12
B 05 0 I P PI  5          0030729
4909

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 04-26 | 25.00- | 16,580.21 | Wire Transfer Fee |
| 04-27 | 378.57- | 16,201.64 | CheckCard  0425 New Mexicann Natural ME Santa Fe   NM 2441290211798000317251 9 |
| 04-30 | 2,128.17- | 14,073.47 | CheckCard  0428 Pendleton 18 Albuquerque  NM 2469216212000080825393 0 |
| 04-30 | 183.59- | 13,889.88 | CheckCard  0428 Sisters Salon Albuquerque  NM 2476501212020700000002 2 |
| 04-30 | 179.73- | 13,710.15 | Perfume Town   04/28 #000250148 Purchase 6600 Menaul Rd Ne  Albuquerque   NM |
| 04-30 | 84.60- | 13,625.55 | CheckCard  0428 Uptown Sports Bar Albuquerque  NM 2401339212000974645408 3 |
| 04-30 | 76.05- | 13,549.50 | CheckCard  0428 Rich Ford Sales-Servic Albuquerque  NM 2469216212000081729596 3 |
| 04-30 | 66.81- | 13,482.69 | Payless Shoeso  04/28 #000005183 Purchase 6600 Menaul Ne    Albuquerque   NM |
| 04-30 | 21.38- | 13,461.31 | Payless Shoeso  04/28 #000006329 Purchase 6600 Menaul Ne    Albuquerque   NM |
| 05-01 | 71.00+ | 13,532.31 | Region V Housing Des:LI Rent    ID:Xxxxxxxxx Indn:Doll, Evelyn       Co ID:2850365107 Ccd |
| 05-01 | 78.26- | 13,454.05 | CheckCard  0427 O'Niell's Albuquerque  NM 2463269212112139103500 1 |
| 03 | 3,614.16+ | 17,068.21 | Counter Credit |
| 03 | 216.25- | 16,851.96 | CheckCard  0502 Silver Health Care Silver City  NM 2412942212310001856386 |
| 05-03 | 200.00- | 16,651.96 | BkofAmerica ATM 05/03 #000001964 Withdrwl E Central         Albuquerque   NM |
| 05-03 | 117.64- | 16,534.32 | CheckCard  0502 Sisters Salon Albuquerque  NM 2476501212420700000012 7 |
| 05-03 | 70.89- | 16,463.43 | Abq Cleaners    05/03 #000144692 Purchase 3002 Montevista B  Albuquerque   NM |
| 05-07 | 76.64- | 16,386.79 | CheckCard  0504 Sisters Salon Albuquerque  NM 2476501212620700000004 2 |
| 05-08 | 118.57- | 16,268.22 | Wal Wal-Mart S  05/07 #000028562 Purchase 0831 Wal-Sams       Albuquerque ( NM |
| 05-09 | 177.33- | 16,090.89 | Wal-Mart #0850  05/09 #000068800 Purchase 2701 Carlisle Blv  Albuquerque   NM |
| 05-09 | 61.61- | 16,029.28 | CheckCard  0508 The Salvation Army #1 Albuquerque  NM 2427074212930796992005 2 |
| 05-09 | 0.20+ | 16,029.48 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 31,650.07 | 04-24 | 31,356.54 | 05-01 | 13,454.05 |
| 04-12 | 35,761.02 | 04-25 | 31,982.40 | 05-03 | 16,463.43 |
| 04-17 | 35,537.74 | 04-26 | 16,580.21 | 05-07 | 16,386.79 |
| 04-20 | 32,220.74 | 04-27 | 16,201.64 | 05-08 | 16,268.22 |
| 04-23 | 31,792.94 | 04-30 | 13,461.31 | 05-09 | 16,029.48 |

H
Combined Statement
Page 4 of 5
Statement Period
04-10-12 through 05-09-12
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

---

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL  KARIN U FOX
POA NANCY DOLL

---

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0803 |
| Beginning Balance on 04-10-12 | $ | 56,617.77 |
| Deposits and Other Additions | + | 2.62 |
| Checks Posted | - | 15,534.81 |
| **Ending Balance on 05-09-12** | $ | 41,085.58 |

*Annual Percentage Yield Earned this Statement Period: 0.07%*
*Interest Paid Year to Date: $18.09*

---

### Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 04-19 | 15,534.81- | 41,082.96 | Check      1007 |
| 09 | 2.62+ | 41,085.58 | Interest Earned |

---

### Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) |
|---|---|---|
| 1007 | 04-19 | 15,534.81 |

**Total Checks Posted $15,534.81**

---

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 56,617.77 | 04-19 | 41,082.96 | 05-09 | 41,085.58 |

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ———————————————— $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ———— $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ———————— $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ————————————————————— $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ——————————————————————— $ _____

2. Add any deposits not shown on this statement ———————————————————— $ _____

_____

SUBTOTAL ————————— $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ———— $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ————————————————— $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we 'e not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

.rect Deposits. if you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# EXHIBIT 7

H

**Bank of America, N.A.**
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 5                    4909
Statement Period
06-09-12 through 07-10-12
B 05 0 J P PI  S          0031158

Platinum Privileges

11794 001 SCM999 I1    0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112-4656

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:        Or you may write to:
1.800.432.1000 Wealth Management Banking Support        Bank of America, N.A.
1.800.688.6086 En Español                                P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                        Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 4909 | 07-10 | 96,473.97 |
| Money Market Savings | 0803 | 07-10 | 30,339.55 |

**Total Deposit Account Balance $126,813.52**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

With Bank of America's secure Mobile Banking, you have the flexibility to bank from your smartphone or
tablet anytime, anywhere. To download the free Mobile Banking App, visit: bankofamerica.com/onthego.



**Combined Statement**
Page 2 of 5
Statement Period
06-09-12 through 07-10-12
B 05 0 I P PI 5

4909

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL



## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX   EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | ████4909 |
| Beginning Balance on 06-09-12 | $ | 9,839.25 |
| Deposits and Other Additions | + | 98,899.85 |
| Checks Posted | - | 10,088.41 |
| ATM and Debit Card Subtractions | - | 1,105.84 |
| Other Subtractions | - | 1,070.88 |
| Ending Balance on 07-10-12 | $ | 96,473.97 |

*Annual Percentage Yield Earned this Statement
Period:  0.01%
Interest Paid Year to Date:  $1.68
Your account has overdraft protection provided by
Deposit Account number* ████ 0803.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-11 | 259.55- | 9,579.70 | Check       360 |
| 06-13 | 600.00- | 8,979.70 | Check       361 |
| 06-13 | 412.38- | 8,567.32 | CheckCard  0612  Great Lakes 84600035517 Cheyenne      WY 24717052165581650001568 |
| 06-13 | 235.00- | 8,332.32 | CheckCard  0612  Great Lakes 84600035869 Cheyenne      WY 24717052165581650002541 |
| 06-21 | 359.52- | 7,972.80 | Check       365 |
| 06-21 | 223.59- | 7,749.21 | Check       362 |
| 06-21 | 120.87- | 7,628.34 | Wal Wal-Mart S  06/21 #000622185 Purchase 5491 Wal-Sams    Albuquerque   NM |
| 06-21 | 31.50- | 7,596.84 | Check       366 |
| 06-25 | 100.00- | 7,496.84 | Check       375 |
| 06-25 | 79.13- | 7,417.71 | CheckCard  0622 Sisters Salon Albuquerque  NM 24765012175207000000158 |
| 06-26 | 1,500.00- | 5,917.71 | Check       369 |
| 06-26 | 439.67- | 5,478.04 | Check       377 |
| 06-27 | 10,000.00+ | 15,478.04 | NM Tlr transfer Banking Ctr East Central Office       #0001102 NM Confirmation# 4982099607 |
| 06-27 | 635.87+ | 16,113.91 | Counter Credit |
| 06-27 | 89.35- | 16,024.56 | Check       363 |
| 06-27 | 41.50- | 15,983.06 | Check       364 |
| 06-27 | 23.10- | 15,959.96 | Pnm           Des:Checkpaymt Check #:0370 Indn:                Co ID:7850019030 Arc |
| 06-27 | 20.66- | 15,939.30 | Pnm           Des:Checkpaymt Check #:0371 Indn:                Co ID:7850019030 Arc |
| 06-28 | 79,396.46+ | 95,335.76 | Counter Credit |
| 06-28 | 600.00- | 94,735.76 | Check #000000000 From 001508824907 813003012053415 |
| 06-28 | 2,521.12- | 92,214.64 | Check       374 |
| 06-28 | 439.71- | 91,774.93 | Check       372 |

H

Combined Statement
Page 3 of 5                            4909
Statement Period
06-09-12 through 07-10-12
B 05  0  I  P  P!  5                    0031160

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-28 | 73.26- | 91,701.67 | Wal-Mart #0831   06/28 #000500200 Purchase 301 San Mateo Blv  Albuquerque   NM |
| 06-28 | 55.29- | 91,646.38 | Pnm              Des:Checkpaymt Check #:0373 Indn:              Co ID:7850019030 Arc |
| 06-28 | 21.36- | 91,625.02 | Wal-Mart #0831   06/28 #000335100 Purchase 301 San Mateo Blv  Albuquerque   NM |
| 06-29 | 100.00- | 91,525.02 | Customer Withdrawal Image |
| 06-29 | 243.00- | 91,282.02 | Check      376 |
| 07-02 | 8,716.73+ | 99,998.75 | Counter Credit |
| 07-02 | 71.00+ | 100,069.75 | Region V Housing Des:Ll Rent   ID:Xxxxxxxxx Indn:Doll, Evelyn         Co ID:2850365107 Ccd |
| 07-02 | 323.57- | 99,746.18 | Check      383 |
| 07-02 | 300.00- | 99,446.18 | Check      367 |
| 07-02 | 42.76- | 99,403.42 | Check      378 |
| 07-03 | 79.49+ | 99,482.91 | Counter Credit |
| 07-03 | 300.00- | 99,182.91 | Check      382 |
| 07-05 | 256.89- | 98,926.02 | Directv          Des:Directv     ID:9366472 Indn: *evelyn Doll      Co ID:0000035774 Tel |
| 07-05 | 73.48- | 98,852.54 | Wal-Mart #0831   07/05 #000526200 Purchase 301 San Mateo Blv  Albuquerque   NM |
| 07-05 | 14.94- | 98,837.60 | NM Gas Company    Des:Check Paym Check #:0379 Indn:              Co ID:Cxxxxxxxxx Arc |
| 07-06 | 1,400.00- | 97,437.60 | Check      381 |
| 07-06 | 323.57- | 97,114.03 | Check      387 |
| 07-09 | 550.00- | 96,564.03 | Check      388 |
| 07-09 | 39.63- | 96,524.40 | CheckCard  0707 Kim Long Asian Cuisine Albuquerque  NM 24013392190000426888406 |
| 07-09 | 22.66- | 96,501.74 | CheckCard  0705 Smartstyle Albuquerque  NM 24717052188691886680540 |
| 07-10 | 28.07- | 96,473.67 | Wal-Mart #0831   07/10 #000368600 Purchase 301 San Mateo Blv  Albuquerque   NM |
| 07-10 | 0.30+ | 96,473.97 | Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 360 | 06-11 | 259.55 | 367 | 07-02 | 300.00 | 378 | 07-02 | 42.76 |
| 361 | 06-13 | 600.00 | 369* | 06-26 | 1,500.00 | 381* | 07-06 | 1,400.00 |
| 362 | 06-21 | 223.59 | 372* | 06-28 | 439.71 | 382 | 07-03 | 300.00 |
| 363 | 06-27 | 89.35 | 374* | 06-28 | 2,521.12 | 383 | 07-02 | 323.57 |
| 364 | 06-27 | 41.50 | 375 | 06-25 | 100.00 | 387* | 07-06 | 323.57 |
| 365 | 06-21 | 359.52 | 376 | 06-29 | 243.00 | 388 | 07-09 | 550.00 |
| 366 | 06-21 | 31.50 | 377 | 06-26 | 439.67 | | | |

**Total Checks Posted $10,088.41**

* Gap in sequential check numbers.

Combined Statement
Page 4 of 5
Statement Period
06-09-12 through 07-10-12
B 05 0 I P PI 5

H

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 9,839.25 | 06-26 | 5,478.04 | 07-03 | 99,182.91 |
| 06-11 | 9,579.70 | 06-27 | 15,939.30 | 07-05 | 98,837.60 |
| 06-13 | 8,332.32 | 06-28 | 91,625.02 | 07-06 | 97,114.03 |
| 06-21 | 7,596.84 | 06-29 | 91,282.02 | 07-09 | 96,501.74 |
| 06-25 | 7,417.71 | 07-02 | 99,403.42 | 07-10 | 96,473.97 |

## Money Market Savings
### Platinum Privileges Relationship Account

EVELYN C DOLL  KARIN U FOX
POA NANCY DOLL

## Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | 0803 | |
| Beginning Balance on 06-09-12 | $ | 40,337.66 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions | + | 1.89 | *Period:  0.06%* |
| Other Subtractions | - | 10,000.00 | *Interest Paid Year to Date:  $22.06* |
| Ending Balance on 07-10-12 | $ | 30,339.55 | |

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|-------------|-----------|----------------------|--------------|
| 06-27 | 10,000.00- | 30,337.66 | NM Tlr transfer to Chk 4909 |
| | | | Banking Ctr East Central Office          #0001102 NM |
| | | | Confirmation# 4982099607 |
| 07-10 | 1.89+ | 30,339.55 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 40,337.66 | 06-27 | 30,337.66 | 07-10 | 30,339.55 |

H

Combined Statement
Page 5 of 5 ▬▬▬▬4909

0031162

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ............ $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................ $ _____

2. Add any deposits not shown on this statement ................................................................ $ _____

_____

SUBTOTAL ................................................................ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............ $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we ¬ not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

...ect Deposits. If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# EXHIBIT 8

Amount:                                     Sequence Number:
Account:            4909                     Capture Date:    08/09/2012
Bank Number:   10700032                      Check Number:    393

**Bank of America Advantage**

393

**EVELYN C DOLL**
**POA NANCY DOLL**
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112

95-32/1070 NM
1254

08.09.12
Date

Pay to the order of   *Nancy Doll*                    $ 10,000

*Ten thousand & no/00*                         Dollars

**Bank of America**

ACH R/T 107000327

Memo  *repayment  Nancy Doll*

⑈107000327⑈        4909⑆0393

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|------|----------|--------|-----------|-----------|---------------------|
| 08/09/2012 | 000001884750789 | 122105278 | Rtn Loc/BOFD | WELLS FARGO BANK, NA | Y |
| 08/09/2012 | 009892237886 | 111012822 | Pay Bank | BANK OF AMERICA, NA | N |

# EXHIBIT 9

Amount:       $25,000.00         Sequence Number:   3212429124
Account:           4909          Capture Date:      08/29/2012
Bank Number:  10700032           Check Number:      342



EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112

342

95-32/1070 NM
1254

08·27·12
Date

Pay to the order of   Peter Keys                    $ 25,000

Twenty·five thousand & no/100   Dollars

Bank of America

ACH R/T 107000327

Memo  retainer          Nancy Doll

⑈107000327⑈      4909⑈0342

Seq: 194
Batch: 135423
Date: 08/29/12

Seq: 194  08/29/12
Batch: 135423  CC:7940009683
WT:38T:LTPS:Los Angeles MT
Culver City Motor Bank BC NM7-325

Official Check Sale
R/T# 540850134

CC 0009681  TLC 00000
08/29/2012  11:45

DRL NM*********
*********NM

$25,000.00
12/15 03/12

Electronic Endorsements
Date          Sequence      Bank #        Endrs Type    Bank Name                          Trunc Return Reason
08/29/2012    3212429577    122000661     Rtn Loc/BOFD   BANK OF AMERICA, NA                Y

# EXHIBIT 10

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 5
Statement Period
08-11-12 through 09-07-12

4909

B 05 0 I P PI  5                    0032928

**Platinum Privileges**

10794 001 SCM999 I12   0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112-4656

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

**Customer Service Information**
**www.bankofamerica.com**

For additional information or service, you may call:          Or you may write to:
1.800.432.1000 Wealth Management Banking Support          Bank of America, N.A.
1.800.688.6086 En Español                                 P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                         Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 4909 | 09-07 | 35,571.06 |
| Money Market Savings | 0803 | 09-07 | 30,341.77 |

**Total Deposit Account Balance $65,912.83**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards are issued and administered by FIA Card Services, N.A.

With Bank of America Mobile, you have the flexibility to bank on your schedule from your smartphone or tablet. To download the free Mobile Banking App, text APP1 to 226526.

**BankAmeriDeals puts cash back deals right into your account.**
Visit Online Banking and click the new Cash Back Deals tab to choose those deals that are relevant to you. **Use your debit or credit card, then get cash back into your account** at the end of the next month.
Visit www.bankofamerica.com/deals       to learn more.

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | 4909 | |
| Beginning Balance on 08-11-12 | $ | 79,271.59 | |
| Deposits and Other Additions | + | 1,937.99 | *Annual Percentage Yield Earned this Statement* |
| Checks Posted | - | 42,960.04 | *Period:  0.01%* |
| ATM and Debit Card Subtractions | - | 2,445.99 | *Interest Paid Year to Date:  $2.91* |
| Other Subtractions | - | 232.49 | *Your account has overdraft protection provided by* |
| **Ending Balance on 09-07-12** | $ | **35,571.06** | *Deposit Account number 0015 0887 0803.* |

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-13 | 2,000.00- | 77,271.59 | Check       397 |
| 08-13 | 323.57- | 76,948.02 | Check       395 |
| 08-14 | 1,400.00- | 75,548.02 | Check       394 |
| 08-14 | 149.80- | 75,398.22 | Check       396 |
| 08-15 | 64.20- | 75,334.02 | Check       398 |
| 08-16 | 1,593.23- | 73,740.79 | Check       399 |
| 08-16 | 323.57- | 73,417.22 | Check       327 |
| 08-16 | 285.69- | 73,131.53 | Check       400 |
| 08-17 | 849.20- | 72,282.33 | CheckCard  0815 Southwestair52624618634 Dallas      TX 24036212229624467855855 |
| 08-17 | 154.08- | 72,128.25 | CheckCard  0815 Lndry'S-Albuquerque Albuquerque  NM 24692162229000747793848 |
| 08-21 | 1,681.17- | 70,447.08 | Check       326 |
| 08-21 | 861.19- | 69,585.89 | Check |
| 08-22 | 199.73- | 69,386.16 | Wal-Mart Stores  Des:Purchase  Ck#330      Albunm Indn:140031000007651680608  Co ID:9037010850 Pop |
| 08-22 | 121.59- | 69,264.57 | Macy's      45  08/22 #000002130 Purchase 6600 Menaul Blvd   Albuquerque  NM |
| 08-22 | 109.14- | 69,155.43 | Sou Jcpenney S  08/22 #000003676 Purchase 6600 Menaul Blvd   Albuquerque  NM |
| 08-23 | 42.01- | 69,113.42 | CheckCard  0822 Town Of Silver City 505-538-3731 NM 24492152235206974500161 |
| 08-24 | 1,721.74- | 67,391.68 | Check       332 |
| 08-24 | 381.10- | 67,010.58 | Check       341 |
| 08-24 | 53.97- | 66,956.61 | Check       331 |
| 08-24 | 32.76- | 66,923.85 | Pnm Payment    Des:Pnm Paymen ID:115924225025937 Indn:115924225025937  Co ID:9124036001 Ppd |
| 08-27 | 1,400.00- | 65,523.85 | Check       338 |
| 08-27 | 500.00- | 65,023.85 | Check       339 |
| 08-27 | 143.38- | 64,880.47 | Check       328 |
| 08-27 | 32.10- | 64,848.37 | Check       329 |

H
Combined Statement
Page 3 of 5                     4909
Statement Period
08-11-12 through 09-07-12
B 05 0 I P PI  5        0032930

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-29 | 25,000.00- | 39,848.37 | Check    342 |
| 08-29 | 350.66- | 39,497.71 | Vzwrlss Ivrdeb  08/29 #000818326 Purchase |
| | | | Vzwrlss Ivrdebit    Folsom        CA |
| 08-29 | 158.31- | 39,339.40 | Wal Wal-Mart S  08/29 #000406037 Purchase |
| | | | 0835 Wal-Sams       Albuquerque ( NM |
| 08-29 | 54.50- | 39,284.90 | Check    334 |
| 08-30 | 46.76- | 39,238.14 | CheckCard  0829 Qwest Communications |
| | | | 800-244-1111 VA 24692162242000590173182 |
| 08-31 | 101.65- | 39,136.49 | Visual Percept  08/31 #000847252 Purchase |
| | | | 6600 Menaul Blvd   Albuquerque  NM |
| 08-31 | 66.95- | 39,069.54 | CheckCard  0831 Pnm Pmt & Speedpay Fee |
| | | | 888-342-5766 NM 24692162244000900286409 |
| 08-31 | 55.70- | 39,013.84 | CheckCard  0830 Unmh Pfs |
| | | | 505-2722521  NM 24492802243118000170366 |
| 08-31 | 25.00- | 38,988.84 | Check    336 |
| 09-04 | 71.00+ | 39,059.84 | Region V Housing Des:Ll Rent   ID:Xxxxxxxx |
| | | | Indn:Doll, Evelyn      Co ID:2850365107 Ccd |
| 09-04 | 2,400.00- | 36,659.84 | Check    340 |
| 09-04 | 1,082.83- | 35,577.01 | Check    343 |
| 09-04 | 57.63- | 35,519.38 | CheckCard  0831 Sally Beauty Company 22 |
| | | | Alberquerque NM 24445002245200136529369 |
| 94 | 42.78- | 35,476.60 | Macy's      45  09/03 #000001100 Purchase |
| | | | 6600 Menaul Blvd   Albuquerque  NM |
| 09-04 | 20.33- | 35,456.27 | Sou Jcpenney S  09/03 #000002975 Purchase |
| | | | 6600 Menaul Blvd   Albuquerque  NM |
| 09-04 | 20.33- | 35,435.94 | Sou Jcpenney S  09/04 #000002993 Purchase |
| | | | 6600 Menaul Blvd   Albuquerque  NM |
| 09-05 | 1,866.54+ | 37,302.48 | Counter Credit |
| 09-05 | 900.00- | 36,402.48 | Check    261 |
| 09-05 | 550.00- | 35,852.48 | Check    260 |
| 09-05 | 86.46- | 35,766.02 | CheckCard  0904 Dtv*directv Service |
| | | | 800-347-3288 CA 24692162248000149300363 |
| 09-05 | 47.00- | 35,719.02 | Shoe Dept 1397  09/05 #000040182 Purchase |
| | | | Coronado Center    Albuquerque  NM |
| 09-05 | 33.00- | 35,686.02 | Check    335 |
| 09-06 | 41.73- | 35,644.29 | Macy's      45  09/06 #000009494 Purchase |
| | | | 6600 Menaul Blvd   Albuquerque  NM |
| 09-07 | 73.68- | 35,570.61 | Wal Wal-Mart S  09/07 #000199627 Purchase |
| | | | 0831 Wal-Sams       Albuquerque ( NM |
| 09-07 | 0.45+ | 35,571.06 | Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 260 | 09-05 | 861.19 | 334* | 08-29 | 54.50 | 394* | 08-14 | 1,400.00 |
| 261 | 09-05 | 550.00 | 335 | 09-05 | 33.00 | 395 | 08-13 | 323.57 |
| 326* | 08-21 | 900.00 | 336 | 08-31 | 25.00 | 396 | 08-14 | 149.80 |
| 327 | 08-16 | 1,681.17 | 338* | 08-27 | 1,400.00 | 397 | 08-13 | 2,000.00 |
| 328 | 08-27 | 323.57 | 339 | 08-27 | 500.00 | 398 | 08-15 | 64.20 |
| 329 | 08-27 | 143.38 | 340 | 09-04 | 2,400.00 | 399 | 08-16 | 1,593.23 |
| 331* | 08-24 | 32.10 | 341 | 08-24 | 381.10 | 400 | 08-16 | 285.69 |
| 332 | 08-24 | 53.97 | 342 | 08-29 | 25,000.00 | | | |
| | | 1,721.74 | 343 | 09-04 | 1,082.83 | | | |

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Combined Statement
Page 4 of 5
Statement Period
08-11-12 through 09-07-12
B 05 0 I P PI  5          4909

\* Gap in sequential check numbers.

**Total Checks Posted $42,960.04**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 79,271.59 | 08-21 | 69,585.89 | 08-30 | 39,238.14 |
| 08-13 | 76,948.02 | 08-22 | 69,155.43 | 08-31 | 38,988.84 |
| 08-14 | 75,398.22 | 08-23 | 69,113.42 | 09-04 | 35,435.94 |
| 08-15 | 75,334.02 | 08-24 | 66,923.85 | 09-05 | 35,686.02 |
| 08-16 | 73,131.53 | 08-27 | 64,848.37 | 09-06 | 35,644.29 |
| 08-17 | 72,128.25 | 08-29 | 39,284.90 | 09-07 | 35,571.06 |

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL   KARIN U FOX
POA NANCY DOLL

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0803 |
| Beginning Balance on 08-11-12 | $ | 30,341.07 |
| Deposits and Other Additions | + | 0.70 |
| **Ending Balance on 09-07-12** | $ | **30,341.77** |

*Annual Percentage Yield Earned this Statement Period:  0.03%*
*Interest Paid Year to Date:  $24.28*

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|-------------|-----------|----------------------|--------------|
| 09-07 | 0.70+ | 30,341.77 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|
| Beginning | 30,341.07 | 09-07 | 30,341.77 |

# EXHIBIT 11

Amount: $22,118.04
Account: [redacted]
Bank Number: 04330160

Sequence Number: 3942664688
Capture Date: 09/17/2012
Check Number: 7951672

**← BLUE AREA OF DOCUMENT HAS PANTOGRAPH FEATURE THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW →**

**VODAFONE GROUP PLC**
P O BOX 7580
MANCHESTER, CT 06045

CHECK DATE 09/11/2012
CHECK NUMBER 7951672
60-150
433

PAYABLE AT
THE BANK OF NEW YORK MELLON
IN U.S. DOLLARS

00006232 01 MB  0.404 01 TR 00024 SOJDBA01 000000

PAY TO THE
ORDER OF:

EVELYN C DOLL &
KARIN FOX JT TEN
1528 DOROTHY LOIS NE
ALBUQUERQUE NM 87112-4656

PAY*********************$22,118.04

AUTHORIZED SIGNATURE

⑆079516 72⑈      :160 1⑇  0 11⑈0040⑆

Seq: 173
Batch: 332817
Date: 09/15/12

Sbq:00173 09/15/12
BAT:332817 CC:7940091192
WT:61 LTPS:Dallas MT
BC:East-Central BG NM1-216

X Evelyn C. Doll

DO NOT WRITE SIGN STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
ENDORSE/CHECK HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|---|---|---|---|---|---|
| 09/17/2012 | 3942664688 | 122000661 | Rtn Loc/BOFD | BANK OF AMERICA, NA | Y |

# EXHIBIT 12

Amount:        $22,118.04
Account:
Bank Number:   54085013

Sequence Number:   3942664687
Capture Date:      09/17/2012
Check Number:      0



**Bank of America**

Name / Nombre: Evelyn C Doll
Address / Dirección: 1508 Dorothy Lois Dr
                     Allo mm 8-1-12
Date / Fecha: 9/15/12

Telephone No. / Nº de teléfono:

Sign here if cash received
Firma aquí si recibes efectivo

Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

Account Number / Número de cuenta: 4909

Checking Deposit / ...

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.
Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

**CREDIT**

Cash / Efectivo — Currency / Billetes
Coin / Monedas
Checks / Cheques: 22,118.04

Sub Total: 22118.04
Less Cash Received / Menos efectivo recibido
Total Deposit / Total de depósito

$ 22,118.04

⑆540850134⑈

Seq: 172
Batch: 332817
Date: 09/15/12

For Use Use Only 11-1-3076 03-2000

Dollars / Dólares

Cents / Centavos

Anota este total al frente de este formulario
The Front Of This Ticket

Total Depósito OTR
Credit Pending Posts on
Available Now
$22,118.04
09/17/2012
$0.00

Acct# xxxxxxxxxx4909 CC 000110 Tlr 000
RS540850134 000406 NM 100046
09/17/2012 10:47 NM 100046

Seq:00172 09/15/12
BAT:332817 CC:7940081102
WT:01 LTPS:Dallas NT
BC:East Central BC NM1-216

Electronic Endorsements
Date          Sequence        Bank #         Endrs Type      Bank Name                    Trunc Return Reason
09/17/2012    3942664687      122000661      Rtn Loc/BOFD    BANK OF AMERICA, NA          Y

# EXHIBIT 13



Amount:         $10,000.00
Account:
Bank Number:    54085013

Sequence Number   3942664686
Capture Date:     09/17/2012
Check Number:     0

**Bank of America**

**Out of State Counter Withdrawal**                                    **DEBIT**

1. Verify the customer name and account number on-line.
2. Mark the State Code for the domicile state/ entity of the account.
3. Write the 2-digit number in the Proof Code box below.

PLEASE COMPLETE ALL INFORMATION AND PRESENT IDENTIFICATION.

Date: 9/15/12

Name: Nancy Doll

Address: 1528 Dorothy Lois Dr NE        City/State Zip: Alb NM 87112

X Nancy Doll
Customer Signature                       Telephone:

Not Negotiable - Withdrawals are permitted only through payment to the depositor.

1909        $ 10,000.00     TOTAL AMOUNT

---

For use by Business Support Units

| | | | | |
|---|---|---|---|---|
| AZ | 82 | 540860137 | (ck/sa) | |
| AR | 36 | 540710135 | (ck/sa) | |
| CA | 84 | 540930135 | | |
| CA | 41 | 541930134 | (sa) | |
| CT | 76 | 540070134 | (ck/sa) | |
| FL | 79 | 540590135 | | |
| GA | 58 | 540880136 | (ck/sa) | |
| ID | 86 | 540820132 | (ck/sa) | |
| ID | 46 | 541820134 | (sa) | |
| IL | 32 | 540330133 | (ck/sa) | |
| IN | 31 | 540360132 | (ck/sa) | |
| IA | 33 | 540420137 | (ck/sa) | |

| | | | |
|---|---|---|---|
| KS | 35 | 540480135 | (ck/sa) |
| ME | 88 | 540090130 | (ck/sa) |
| MD | 52 | 540520134 | (ck/sa) |
| MA | 77 | 540100130 | (ck/sa) |
| MI | 30 | 540350139 | (ck/sa) |
| MO | 34 | 540430130 | (ck/sa) |
| NV | 87 | 540880133 | (ck/sa) |
| NH | 61 | 540030132 | (ck/sa) |
| NJ | 55 | 540060131 | (ck/sa) |
| NM | 38 | 540850134 | (ck/sa) |
| NY | 81 | 540040135 | (ck/sa) |

| | | | |
|---|---|---|---|
| OR | 97 | 540920132 | (ck/sa) |
| PA | 39 | 540120136 | (ck/sa) |
| RI | 89 | 540080137 | (ck/sa) |
| SC | 57 | 540570139 | (ck/sa) |
| TN | 63 | 540630134 | (ck/sa) |
| TX | 74 | 540740134 | (ck/sa) |
| VA | 53 | 540350137 | (ck/sa) |
| DC | 50 | 540500138 | (ck/sa) |
| WA | 99 | 540890136 | (ck) |
| WA | 19 | 541890135 | (sa) |

Customer Connection  CC  90  540900136
Military Bank  MB  91  540910139 (ck/sa)

---

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|---|---|---|---|---|---|
| 09/17/2012 | 3942664686 | 122000661 | Rtn Loc/BOFD | BANK OF AMERICA, NA | Y |

# EXHIBIT 14



Amount:          $30,119.04
Account Number:  *******4909
Bank Number:     54085013

Capture Date:    10/01/2012
Check Number:    0

**Bank of America**

Name / Nombre: Evelyn C Doll
Address / Dirección: 1528 Dorothy Lois DR NE
                     Abq NM 87112

Telephone No. / Nº de teléfono:

Sign here if cash received
Firma aquí si recibes efectivo

**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

Date / Fecha: 10/1/12

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

CREDIT

| Cash / Efectivo | | |
|---|---|---|
| Currency / Billetes | | |
| Coin / Moneda | | |
| Checks / Cheques | 24,624 | 03 |
| | 4576 | 1 |
| | 3740 | |
| Sub Total | 30,119 | 04 |
| Less Cash Received | | |
| Menos efectivo recibido | | |

Total Deposit
Total de depósito

$ 30,119.04

Account Number / Número de cuenta: 4909

⑆540850134⑈

Seq: 131
Batch: 515664
Date: 10/01/12

Enter This Total On The Front Of This Ticket
Anota este total al frente de este formulario

Dollars / Dólares

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Seq:00131 10/01/12
BAT:515664 CC:7940001102
WT:01 LTPS:Dallas MT
BC:East Central BC NM1-216

10/01/2012 09:59 NNH T00196  R540850134
Acct# ********4909 CC 0001102 Tlr 00009

Cents / Cents

Total Deposit To CHK        $30,119.04
Credit Pending Posts on     10/01/20
Available Now               $0.00

Electronic Endorsements
Date          Sequence
10/01/2012    3242600344

Bank #        Endrs Type      Bank Name
122000661     Rtn Loc/BOFD    BANK OF AMERICA, NA

Trunc Return Reason
Y

# EXHIBIT 15

Amount: $29,624.03
Account:
Sequence Number: 3242600345
Capture Date: 10/01/12
Bank Number: 09100001
Check Number: 32794

Wells Fargo Bank, N.A., Agent
Shareowner Services
PO Box 54656
St Paul, MN 55164-0856

Wells Fargo Bank, N.A.
Disbursing Agent

**Comcast Corporation**

032794      17-1
910

| Date | Account Number | Sale of Shares |
|------|----------------|----------------|
| 09/26/12 | 0312 | |

Payable at:
Wells Fargo Bank, N.A.

**Twenty Nine Thousand Six Hundred Twenty Four & 03/100 U.S. Dollars**

AMOUNT OF CHECK
**********$29,624.03

Pay to the order of

Void after 180 days

EVELYN C DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE NM 87112-4656

WCMC10921B
CMC1
50
0032794

Authorized Signature
Signature May Be Computer Generated

⑈032794⑈  ⑆ ⑆ 5⑈⑈⑈

Seq: 132
Batch: 515664
Date: 10/01/12

INCLUDE YOUR ACCOUNT NUMBER ON ANY COR-
RESPONDENCE WHICH SHOULD BE ADDRESSED TO:

WELLS FARGO BANK, N.A.
P.O. BOX 64856
ST. PAUL, MN 55164-0856

ENDORSEMENT

Seq:00132 10/01/12
BAT:515664 CC:7940001182
WT:01 LTPS:Dallas NT
BC:East Central BC NM1-216

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|------|----------|--------|------------|-----------|---------------------|
| 10/01/2012 | 3242600345 | 122000661 | Rtn Loc/BOFD | BANK OF AMERICA, NA | Y |

EXHIBIT 16

Amount:       $457.61
Account Number:  Sequence Number:  3242600346
Bank Number:  04330160   Capture Date:  10/01/2012
Check Number:  12029914

**BLUE AREA OF DOCUMENT HAS PANTOGRAPH FEATURE. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW**

ALCATEL-LUCENT
P O BOX 2580
MANCHESTER, CT 06045

CHECK DATE   CHECK NUMBER   60-160
09/25/2012   12029914   433

PAYABLE AT
THE BANK OF NEW YORK MELLON
IN U.S. DOLLARS

PAY TO THE
ORDER OF:

00011208 01 MB  0.404 01  TR 00049 SO1DBA01 000000

EVELYN C DOLL
1528 DORTHY LOIS DR NE
ALBUQUERQUE NM 87112-4656

PAY ************************$457.61

AUTHORIZED SIGNATURE

⑈12029914⑈  ⑆160⑉:

Seq: 133
Batch: 515664
Date: 10/01/12

Seq:00133:10/01/12
BAI:515664 CC:79400001102
WT:01 LTPS:Dallas MT
BC:East-Central BG NM1-216

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements
Date         Sequence
10/01/2012   3242600346

Bank #        Endrs Type    Bank Name
122000661    Rtn Loc/BOFD   BANK OF AMERICA, NA

Trunc Return Reason
Y

EXHIBIT 17

Amount: $37.40
Account: [redacted]
Bank Number: 06111278

Case 2:10-cv-00987-LKK-DAD   Document 1   Seq Filed 05/16/13   Page 79 of 163

Capture Date: 10/01/2012
Check Number: 2704049





Electronic Endorsements
Date            Sequence
10/01/2012   3242600347

Bank #          Endrs Type       Bank Name
122000661       Rtn Loc/BOFD      BANK OF AMERICA, NA

Trunc Return Reason
Y

# EXHIBIT 18

Amount: $10,000.00
Account Number:
Bank Number: 54085013

Sequence Number: 3242600349
Capture Date: 10/01/2012
Check Number: 0



Electronic Endorsements
Date           Sequence
10/01/2012     3242600349

Bank #          Endrs Type      Bank Name                    Trunc Return Reason
0661            Rtn Loc/BOFD     BANK OF AMERICA, NA          Y

# EXHIBIT 19

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 5
Statement Period
09-08-12 through 10-10-12

**Platinum Privileges**

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112-4656

11794 001 SCM999 I1    0

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.800.432.1000 Wealth Management Banking Support
1.800.688.6086 En Español
1.800.288.4408 TDD/TTY Users Only.

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 4909 | 10-10 | 62,738.69 |
| Money Market Savings | 0803 | 10-10 | 30,342.59 |

**Total Deposit Account Balance $93,081.28**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards are issued and administered by FIA Card Services, N.A.

## Mobile Banking Apps

Want flexibility to bank on your smartphone or tablet? Download Bank of America's free Mobile Banking App: Text APP1 to 226526. Must first enroll in Online Banking. Supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Wireless fees may apply. Text STOP to cancel and HELP for help to 226526.

H

Combined Statement
Page 2 of 5
Statement Period
09-08-12 through 10-10-12
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 4909 |
| Beginning Balance on 09-08-12 | $ | 35,571.06 |
| Deposits and Other Additions | + | 53,184.72 |
| Checks Posted | - | 3,562.83 |
| ATM and Debit Card Subtractions | - | 1,768.83 |
| Service Charges and Other Fees | - | 12.00 |
| Other Subtractions | - | 20,673.43 |
| Ending Balance on 10-10-12 | $ | 62,738.69 |

*Annual Percentage Yield Earned this Statement Period: 0.01%*
*Interest Paid Year to Date: $3.31*
*Your account has overdraft protection provided by Deposit Account number _____ 0803.*

**Effective 12/01/12, the rate bonus available to Advantage and Preferred Checking relationship customers ("Plus Customers") for new or renewing CD or CD IRA accounts may be lowered or discontinued without notice at any time.** The new rate bonus, if any, will be included in the interest rate quoted for the renewal ... . This change also affects customers who have a Wealth Management, US Trust or Small Business CDs. For information about alternative products and rates, or to find out how to qualify for Platinum Privileges®, please call 1.800.432.1000 or visit your nearest banking center.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 09-10 | 637.30- | 34,933.76 | Return Item Chargeback |
| 09-10 | 2,000.00- | 32,933.76 | Check        344 |
| 09-10 | 92.23- | 32,841.53 | #00928 Alberts  09/09 #000518600 Purchase |
| 09-10 | 35.81- | 32,805.72 | 11825 Lomas Blvd   Albuquerque   NM<br>Smiths        09/08 #000082453 Purchase |
| 09-10 | 12.00- | 32,793.72 | 6601 Lomas Ne        Albuquerque   NM<br>Returned Item Chargeback Fee |
| 09-12 | 41.48- | 32,752.24 | Sou Cosmetics   09/12 #000000696 Purchase |
| 09-13 | 28.31- | 32,723.93 | 633 Factory Store  Napa        CA<br>Fashionbug#217  09/13 #000000251 Purchase |
| 09-14 | 876.24+ | 33,600.17 | 1921 Douglas Blvd  Roseville   CA<br>Counter Credit |
| 09-14 | 35.68- | 33,564.49 | CheckCard  0912 Black Bear Diner Costal |
| 09-17 | 22,118.04+ | 55,682.53 | Vacaville   CA 2442684225170003830538<br>Counter Credit |
| 09-17 | 10,000.00- | 45,682.53 | Customer Withdrawal Image |
| 09-17 | 419.82- | 45,262.71 | Check        346 |
| 09-17 | 148.00- | 45,114.71 | Check        345 |
| 09-17 | 83.28- | 45,031.43 | CheckCard  0916 Outback  0521<br>Roseville    CA 2469216226000600426288 |

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Combined Statement
Page 3 of 5
Statement Period
09-08-12 through 10-10-12
B 05  0 I P PI   5                0032117

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 09-17 | 74.00- | 44,957.43 | CheckCard  0913 Mccaulous - 34 Auburn   CA 2407105225815818533564 |
| 09-17 | 66.69- | 44,890.74 | CheckCard  0914 Mccaulous - 34 Auburn   CA 2407105226015814846205 |
| 09-18 | 200.00- | 44,690.74 | BkofAmerica ATM 09/18 #000008021 Withdrwl Crocker Ranch   Roseville   CA |
| 09-18 | 51.34- | 44,639.40 | Macy's    41  09/18 #000004789 Purchase 3500 El Camino Av  Sacramento   CA |
| 09-18 | 31.56- | 44,607.84 | CheckCard  0917 Mimis Cafe 54 Roseville   CA 24445002262000248590194 |
| 09-19 | 104.11- | 44,503.73 | Check     347 |
| 09-20 | 40.46- | 44,463.27 | CheckCard  0918 Danielles Creperie Sacramento   CA 2401339226300110533 9663 |
| 09-21 | 103.85- | 44,359.42 | Nst Kmart      09/21 #000001323 Purchase 5615 Pacific Stre Rocklin   CA |
| 09-24 | 48.93- | 44,310.49 | CheckCard  0920 Cheesecake Factory #140 Roseville   CA 24610432265072005185992 |
| 09-25 | 105.04- | 44,205.45 | CheckCard  0923 Susumu Japanese Steakho Roseville   CA 24223692268703848128709 |
| 09-25 | 93.15- | 44,112.30 | CheckCard  0922 The Buckle #275 Roseville   CA 24789302268268118727004 |
| 09-25 | 31.89- | 44,080.41 | CheckCard  0924 Strings Italian CA Roseville   CA 24224432269104005942793 |
| 09-27 | 60.98- | 44,019.43 | Wal Wal-Mart S  09/27 #000531283 Purchase 0835 Wal-Sams     Albuquerque ( NM |
| 09-27 | 36.13- | 43,983.30 | Pnm Payment   Des:Pnm Paymen ID:115924225025937 Indn:115924225025937 0     Co ID:9124036001 Ppd |
| 09-28 | 60.36- | 43,922.94 | CheckCard  0928 Pnm Pmt & Speedpay Fee 888-342-5766 NM 24692162272000916709621 |
| 10-01 | 30,119.04+ | 74,041.98 | Counter Credit |
| 10-01 | 71.00+ | 74,112.98 | Region V Housing Des:Ll Rent   ID:Xxxxxxxxx |
| 10-01 | 10,000.00- | 64,112.98 | Indn:Doll, Evelyn   Co ID:2850365107 Ccd |
| 10-01 | 340.90- | 63,772.08 | Customer Withdrawal Image |
| 10-01 | 322.84- | 63,449.24 | Check     350 |
| 10-02 | 550.00- | 62,899.24 | Vzwrlss Ivrdeb  09/29 #000926041 Purchase Vzwrlss Ivrdebit  Folsom   CA |
| 10-02 | 126.75- | 62,772.49 | Check     348 |
| 10-09 | 34.20- | 62,738.29 | CheckCard  1001 Dtv*directv Service 800-347-3288 CA 24692162275000957478018 |
| 10-10 | 0.40+ | 62,738.69 | CheckCard  1005 Sisters Salon Albuquerque NM 24765012282020700000000077 Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 344 | 09-10 | 2,000.00 | 346 | 09-17 | 419.82 | 348 | 10-02 | 550.00 |
| 345 | 09-17 | 148.00 | 347 | 09-19 | 104.11 | 350* | 10-01 | 340.90 |

* Gap in sequential check numbers.

**Total Checks Posted $3,562.83**

H

Combined Statement
Page 4 of 5
Statement Period
09-08-12 through 10-10-12
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

4909

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 35,571.06 | 09-18 | 44,607.84 | 09-27 | 43,983.30 |
| 09-10 | 32,793.72 | 09-19 | 44,503.73 | 09-28 | 43,922.94 |
| 09-12 | 32,752.24 | 09-20 | 44,463.27 | 10-01 | 63,449.24 |
| 09-13 | 32,723.93 | 09-21 | 44,359.42 | 10-02 | 62,772.49 |
| 09-14 | 33,564.49 | 09-24 | 44,310.49 | 10-09 | 62,738.29 |
| 09-17 | 44,890.74 | 09-25 | 44,080.41 | 10-10 | 62,738.69 |

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL  KARIN U FOX
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0803 |
| Beginning Balance on 09-08-12 | $ | 30,341.77 |
| Deposits and Other Additions | + | 0.82 |
| ..ding Balance on 10-10-12 | $ | 30,342.59 |

*Annual Percentage Yield Earned this Statement
Period:  0.03%
Interest Paid Year to Date:  $25.10*

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|-------------|-----------|----------------------|--------------|
| 10-10 | 0.82+ | 30,342.59 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|
| Beginning | 30,341.77 | 10-10 | 30,342.59 |

H

4909

0032119

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ..................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ........ $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ..................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ..................... $ _____

2. Add any deposits not shown on this statement ..................... $ _____

_____

_____

**SUBTOTAL** _____ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........ $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance ..................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to report a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and    Equal Housing Lender

EXHIBIT 20

BANK OF AMERICA

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 5                          4909
Statement Period
10-11-12 through 11-07-12
B 05 0 I P PI  5              0030816

Platinum Privileges

08794 001 SCM999 I123   0

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112-4656

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
1.800.412.1000 Wealth Management Banking Support             Bank of America, N.A.
1.800.688.6086 En Español                                    P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                            Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 4909 | 11-07 | 62,773.86 |
| Money Market Savings | 0803 | 11-07 | 20,343.26 |

**Total Deposit Account Balance $83,117.12**

** Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.

---

## Mobile Banking Apps

Want flexibility to bank on your smartphone or tablet? Download Bank of America's free Mobile Banking
App: Text APP1 to 226526. Must first enroll in Online Banking. Supported carriers include: Alltel, AT&T,
Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Wireless fees may apply. Text
STOP to cancel and HELP for help to 226526.

H

Combined Statement
Page 2 of 5
Statement Period
10-11-12 through 11-07-12
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | XXXX XXXX 4909 | |
| Beginning Balance on 10-11-12 | $ | 62,738.69 |
| Deposits and Other Additions | + | 10,000.46 |
| Checks Posted | - | 7,842.21 |
| ATM and Debit Card Subtractions | - | 2,018.15 |
| Other Subtractions | - | 104.93 |
| Ending Balance on 11-07-12 | $ | 62,773.86 |

*Annual Percentage Yield Earned this Statement Period:  0.01%*
*Interest Paid Year to Date: $3.77*
*Your account has overdraft protection provided by Deposit Account number* ███ *0803.*

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 10-11 | 377.50- | 62,361.19 | Check     278 |
| 10-11 | 50.00- | 62,311.19 | Check     349 |
| 10-12 | 194.65- | 62,116.54 | Check     262 |
| 10-15 | 260.33- | 61,856.21 | CheckCard  1012 Fred Loya Insurance |
| | | | 800-554-0595 TX 24493982287286488702749 |
| 10-15 | 99.61- | 61,756.60 | CheckCard  1012 Family Foot Health Spec |
| | | | 505-843-6464 NM 24493982286207695100015 |
| 10-16 | 2,300.00- | 59,456.60 | Check     277 |
| 10-22 | 566.24- | 58,890.36 | Check     280 |
| 10-23 | 158.45- | 58,731.91 | CheckCard  1022 Casa Chevrolet |
| | | | Albuquerque  NM 24493982296200224300089 |
| 10-25 | 158.79- | 58,573.12 | CheckCard  1024 Dtv*directv Service |
| | | | 800-347-3288 CA 24692162298000639214354 |
| 10-25 | 47.88- | 58,525.24 | CheckCard  1023 The Olive Gard00011213 |
| | | | Albuquerque  NM 24399002298140000637025 |
| 10-25 | 9.48- | 58,515.76 | CheckCard  1023 Sally Beauty #1579 |
| | | | Albuquerque  NM 24445002298200094222946 |
| 10-29 | 42.76- | 58,473.00 | CheckCard  1026 Qwest Communications |
| | | | 800-244-1111 VA 24692162300000358711420 |
| 10-29 | 25.22- | 58,447.78 | Pnm Payment   Des:Pnm Paymen ID:115924225025937 |
| | | | Indn:115924225025937        Co ID:9124036001 Ppd |
| 10-31 | 79.71- | 58,368.07 | NM Gas Company  Des:nmgas web ID:159245770259370 |
| | | | Indn:Nancy Doll        Co ID:Wxxxxxxxxx Web |
| 11-01 | 550.00- | 57,818.07 | Check     283 |
| 11-01 | 29.32- | 57,788.75 | CheckCard  1031 Venezia's Pizzeria #3 |
| | | | Albuquerque  NM 24055232306207288500338 |
| 11-02 | 323.57- | 57,465.18 | Check     286 |
| 11-02 | 263.37- | 57,201.81 | CheckCard  1031 Sisters Salon |
| | | | Albuquerque  NM 24765012306207000000010 |
| 11-02 | 80.25- | 57,121.56 | Check     281 |

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Combined Statement
Page 3 of 5
Statement Period
10-11-12 through 11-07-12
B 05 0 I P PI  5
H
4909
0030818

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 11-05 | 10,000.00+ ✓ | 67,121.56 | Agent Assisted transfer from Sav 0803 |
| | | | Confirmation# 1514957902 |
| 11-05 | 1,000.00- | 66,121.56 | Check        279 |
| 11-06 | 2,400.00- | 63,721.56 | Check        284 |
| 11-06 | 90.84- | 63,630.72 | CheckCard  1105 Sisters Salon |
| | | | Albuquerque   NM  24765012311207000000013 |
| 11-07 | 367.70- | 63,263.02 | CheckCard  1106 Vzwrlss*ivr Vw |
| | | | 800-922-0204 NJ  24692162311000437578318 |
| 11-07 | 337.05- | 62,925.97 | Nnt Terra Firm   11/07 #000000010 Purchase |
| | | | 113 Carlisle SE     Albuquerque    NM |
| 11-07 | 100.00- | 62,825.97 | CheckCard  1106 Dtv*directv Service |
| | | | 800-347-3288 CA  24692162311000495957248 |
| 11-07 | 52.57- | 62,773.40 | CheckCard  1107 Pnm Pmt & Speedpay Fee |
| | | | 888-342-5766 NM  24692162312000698342378 |
| 11-07 | 0.46+ | 62,773.86 | Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| ??? | 10-12 | 194.65 | 280 | 10-22 | 566.24 | 286* | 11-02 | 323.57 |
| 278* | 10-16 | 2,300.00 | 281 | 11-02 | 80.25 | 349* | 10-11 | 50.00 |
| 279 | 10-11 | 377.50 | 283* | 11-01 | 550.00 | | | |
| | 11-05 | 1,000.00 | 284 | 11-06 | 2,400.00 | | | |

* Gap in sequential check numbers.

**Total Checks Posted $7,842.21**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 62,738.69 | 10-22 | 58,890.36 | 11-01 | 57,788.75 |
| 10-11 | 62,311.19 | 10-23 | 58,731.91 | 11-02 | 57,121.56 |
| 10-12 | 62,116.54 | 10-25 | 58,515.76 | 11-05 | 66,121.56 |
| 10-15 | 61,756.60 | 10-29 | 58,447.78 | 11-06 | 63,630.72 |
| 10-16 | 59,456.60 | 10-31 | 58,368.07 | 11-07 | 62,773.86 |

H

Combined Statement
Page 4 of 5                    4909
Statement Period
10-11-12 through 11-07-12
B 05 0 I P PI  5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL   KARIN U FOX
POA NANCY DOLL

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | XXXX XXXX 0803 | |
| Beginning Balance on 10-11-12 | $ | 30,342.59 |
| Deposits and Other Additions | + | 0.67 |
| Other Subtractions | - | 10,000.00 |
| Ending Balance on 11-07-12 | $ | 20,343.26 |

*Annual Percentage Yield Earned this Statement Period: 0.03%*
*Interest Paid Year to Date: $25.77*

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 11-05 | 10,000.00- | 20,342.59 | Agent Assisted transfer to Chk 4909 Confirmation# 1514957902 |
| 11-07 | 0.67+ | 20,343.26 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 30,342.59 | 11-05 | 20,342.59 | 11-07 | 20,343.26 |

Combined Statement
Page 5 of 5     4909

0030820

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here .......... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement .......... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) .......... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE .......... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .......... $ _____
2. Add any deposits not shown on this statement .......... $ _____

_____
_____

SUBTOTAL .......... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals .......... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance .......... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and    Equal Housing Lender

EXHIBIT 21

Amount: $55,317.33
Account:
Bank Number: 09100001

Sequence Number: 5042475080
Capture Date: 11/13/2012
Check Number: 34797

Wells Fargo Bank, N.A., Agent
Shareowner Services
PO Box 64856
St Paul, MN 55164-0856

Comcast Corporation

Wells Fargo Bank, N.A.
Disbursing Agent

034797        | 17-1 |
              | 910  |

| Date | Account Number | Sale of Shares |
| 11/08/12 | 0312 | |

Payable at:
Wells Fargo Bank, N.A.

**Fifty Five Thousand Three Hundred Seventeen & 33/100 U.S. Dollars**

Pay to the order of

AMOUNT OF CHECK
************$55,317.33

Void after 180 days

EVELYN C DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE NM 87112-4656

Authorized Signature
Signature May Be Computer Generated

NCMC131090
CMC1
10
0034797

⑈034797⑈ ⑆091000019⑆ 55⑈

Seq: 125
Batch: 106098
Date: 11/13/12

Seq:00125 11/13/12
BAT:106098 CC:7940001102
WT:01 LTPS:Dallas WT
BC:East Central BC NM1-216

ENDORSEMENT

Evelyn C Doll

Electronic Endorsements
| Date | Sequence | Bank # | Endrs Type | Bank Name | | Trunc Return Reason |
| 11/13/2012 | 5042475078 | 122000661 | Rtn Loc/BOFD | BANK OF AMERICA, NA | | Y |

# EXHIBIT 22

Amount:        $55,000.33
Account:       5042475076
Bank Number:   54085013

Sequence:      5042475076
Capture Date:  11/13/2012
Check Number:  0

**Bank of America**

Name / Nombre: Nancy Doll
Address / Dirección: 1528 Dorothy Lois Dr
Alba nm 87/12

Date / Fecha: 11/13/12

Telephone No. / Nº de teléfono (

Sign here if cash received
Firma aquí si recibes efectivo: Nancy Doll

**Proper identification required when using this document.**
Se requiere identificación apropiada al usar este documento.

4909

Account Number / Número de cuenta

⑆540850134⑆

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Todo efectivo y cheques recibidos están sujetos a los términos y condiciones de las leyes, regulaciones y convenios de depósito correspondientes.

CREDIT

| | Cash · Efectivo | |
|---|---|---|
| | Currency · Billetes | |
| | Coin · Monedas | |
| Checks / Cheques | | 55,317 33 |
| Sub Total | | 55,317 33 |
| Less Cash Received Menos efectivo recibido | | 317 00 |
| Total Deposit Total de depósito | | |

$   55,000.33

Seq: 123
Batch: 106098
Date: 11/13/12

$   $55,000.33

22. Total Deposit To CHK Credit Pending Posts on 11/13/2012 $0 Available Now

Acct#**********4909 GC 0001102 TLr 0001
11/13/2012 13:12 NNN TO0103  54085013

Seq:00123 11/13/12
BAT:106098 CC:7940001102
WT:01 LTPS:Dallas MT
BC:East Central BC NMI-216

Dollars / Dólares

Cents / Centavos

Electronic Endorsements
Date          Sequence          Bank #          Endrs Type          Bank Name                                  Trunc Return Reason
11/13/2012    5042475076        122000661       Rtn Loc/BOFD        BANK OF AMERICA, NA                         Y

# EXHIBIT 23



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

**Combined Statement**
Page 1 of 5
Statement Period
11-08-12 through 12-07-12
B 05 0 I P PI  5

4909

0031550

**Platinum Privileges**

KARIN U FOX                    10794 001 SCM999 I1     0
EVELYN C DOLL
POA NANCY DOLL
1528 DOROTHY LOIS DR NE
ALBUQUERQUE, NM 87112-4656

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
1.800.432.1000 Wealth Management Banking Support             Bank of America, N.A.
1.800.688.6086 En Español                                    P.O. Box 25118
1.800.288.4408 TDD/TTY Users Only                            Tampa, FL 33622-5118

## Your Platinum Privileges Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts \*\*** | | | |
| Interest Checking | 4909 | 12-07 | 6,286.09 |
| Money Market Savings | 0803 | 12-07 | 20,343.76 |

**Total Deposit Account Balance $26,629.85**

\*\* Banking products such as checking and savings accounts are offered by Bank of America, N.A., member FDIC. Bank of America credit cards
are issued and administered by FIA Card Services, N.A.



KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Combined Statement
Page 2 of 5
Statement Period
11-08-12 through 12-07-12
B 05 0 I P PI  5 ▮▮▮▮4909

## Deposit Accounts

### Interest Checking
### Platinum Privileges Relationship Account

KARIN U FOX  EVELYN C DOLL
POA NANCY DOLL

## Your Account at a Glance

| Account Number | XXXX XXXX 4909 |
|---|---|
| Beginning Balance on 11-08-12 | $  62,773.86 |
| Deposits and Other Additions | +  243,977.32 |
| Checks Posted | -  54,318.82 |
| ATM and Debit Card Subtractions | -  5,138.73 |
| Other Subtractions | -  241,007.54 |
| Ending Balance on 12-07-12 | $  6,286.09 |

*Annual Percentage Yield Earned this Statement
Period:  0.01%
Interest Paid Year to Date:  $4.18
Your account has overdraft protection provided by
Deposit Account number* ▮▮▮▮▮▮0803.

## Interest Checking Additions and Subtractions

| ˙te sted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 11-09 | 33.00- | 62,740.86 | Check      287 |
| 11-13 | 55,000.33+ | 117,741.19 | Counter Credit |
| 11-13 | 2,400.00- | 115,341.19 | Check      285 |
| 11-13 | 1,161.64- | 114,179.55 | CheckCard  1108 Grant County Proptxpmt Silver City  NM 24071052314987143448383 |
| 11-13 | 434.96- | 113,744.59 | Macy's      45  11/11 #000000136 Purchase 6600 Menaul Blvd    Albuquerque  NM |
| 11-13 | 413.12- | 113,331.47 | Cns Toys R US    11/12 #000036188 Purchase 7400 Indian Schoo  Albuquerque  NM |
| 11-13 | 370.71- | 112,960.76 | Nst Kmart        11/10 #000032200 Purchase 2100 Carlisle Ave  Albuquerque  NM |
| 11-13 | 324.61- | 112,636.15 | Wal Wal-Mart S  11/10 #000294512 Purchase 5491 Wal-Sams        Albuquerque  NM |
| 11-13 | 280.61- | 112,355.54 | Sou Jcpenney S  11/11 #000002585 Purchase 6600 Menaul Blvd    Albuquerque  NM |
| 11-13 | 191.10- | 112,164.44 | Wal Wal-Mart S  11/10 #000425726 Purchase 5491 Wal-Sams        Albuquerque  NM |
| 11-13 | 134.82- | 112,029.62 | CheckCard  1111 Pappadeaux Seafood Ktch Albuquerque  NM 24610432317072020277319 |
| 11-13 | 101.16- | 111,928.46 | Nst Kmart        11/12 #000033864 Purchase 2100 Carlisle Ave  Albuquerque  NM |
| 11-13 | 50.00- | 111,878.46 | Check      288 |
| 11-13 | 34.27- | 111,844.19 | CheckCard  1108 Pnp Grant County Taxfe Silver City  NM 24071052314987143448441 |
| 11-13 | 13.50- | 111,830.69 | CheckCard  1112 Family Foot Health Spec 505-843-6464 NM 24493982317207695300063 |
| 11-19 | 146.31- | 111,684.38 | CheckCard  1116 Ftd*albuquerque Floris Albuquerque  NM 24388942323038351592204 |
| 11-20 | 355.07- | 111,329.31 | Check      292 |
| 11-21 | 604.60+ | 111,933.91 | Agent Assisted transfer from Chk 2215 Confirmation# 0554079695 |

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

Combined Statement
Page 3 of 5
Statement Period
11-08-12 through 12-07-12
B 05  0 1 P PI   5

0031552

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 11-21 | 50,000.00- | 61,933.91 | Check      290 |
| 11-21 | 400.00- | 61,533.91 | BkofAmerica ATM 11/21 #000009054 Withdrwl |
| 11-21 | 72.31- | 61,461.60 | Wyoming Shopping   Albuquerque   NM |
| | | | CheckCard  1120 Unm Medical Group |
| 11-26 | 337.96- | 61,123.64 | 505-272-3236 NM 2449398232620059880049 |
| | | | Cvs 07095      11/24 #000133476 Purchase |
| 11-26 | 325.87- | 60,797.77 | 07095~7105 Centr  Albuquerque  NM |
| | | | Smiths      11/25 #000005878 Purchase |
| 11-26 | 35.00- | 60,762.77 | 6601 Lomas Ne         Albuquerque   NM |
| 11-26 | 11.60- | 60,751.17 | Check     293 |
| | | | Alon 7-Eleven   11/25 #000109991 Purchase |
| 11-27 | 139,263.51+ | 200,014.68 | 1801 San Pedro Dr  Albuquerque  NM |
| 11-27 | 47,725.60+ | 247,740.28 | Counter Credit |
| 11-27 | 40,000.00- | 207,740.28 | Counter Credit |
| 11-27 | 92.00- | 207,648.28 | Customer Withdrawal Image |
| 11-27 | 51.21- | 207,597.07 | Check      263 |
| | | | Billmatrix       11/27 #000844530 Purchase |
| 11-28 | 160,000.00- | 47,597.07 | Nmgc/Billmatrix    Albuquerque   Ne |
| 11-28 | 40,000.00- | 7,597.07 | Customer Withdrawal Image |
| 11-28 | 350.53- | 7,246.54 | Customer Withdrawal Image |
| 28 | 218.73- | 7,027.81 | Check     294 |
| | | | CheckCard  1126 Pappadeaux Seafood Ktch |
| 11-28 | 42.76- | 6,985.05 | Albuquerque  NM 2461043233207202036630 |
| | | | CheckCard  1127 Qwest Communications |
| 11-28 | 26.63- | 6,958.42 | 800-244-1111 VA 2469216233200418548129 |
| | | | Pnm Payment     Des:Pnm Paymen ID:115924225025937 |
| 11-28 | 14.01- | 6,944.41 | Indn:115924225025937O    Co ID:9124036001 Ppd |
| | | | CheckCard  1126 Tobacco Road |
| 11-29 | 39.48- | 6,904.93 | Albuquerque  NM 2478930232332132203103 |
| | | | CheckCard  1128 Dtv*directv Service |
| 11-29 | 17.99- | 6,886.94 | 800-347-3288 CA 2469216233300629530436 |
| | | | CheckCard  1127 Homeagain 888-466-3242 |
| 11-30 | 254.87+ | 7,141.81 | 888-4663242 NJ 2412157233513526047107 |
| | | | Allstate Life IN Des:Insurance  ID:Abo0021150 |
| 12-03 | 1,128.00+ | 8,269.81 | Indn:Evelyn C. Doll       Co ID:1246826561 Ppd |
| | | | US Treasury 310 Des:Xxsoc Sec  ID:Xxxxxxxxxd SSA |
| 12-03 | 153.22- | 8,116.59 | Indn:Evelyn C Doll      Co ID:3101036216 Ppd |
| 12-03 | 280.91- | 7,835.68 | Check     264 |
| | | | Directv      Des:Directv    ID:6858015 |
| 12-04 | 550.00- | 7,285.68 | Indn: *evelyn Doll      Co ID:0000035774 Tel |
| 12-04 | 300.00- | 6,985.68 | Check     267 |
| 12-06 | 700.00- | 6,285.68 | Check     265 |
| | | | NM Tlr cash withdrawal from Chk 4909 |
| | | | Banking Ctr East Central Office     #0001102 NM |
| 12-07 | 0.41+ | 6,286.09 | Confirmation# 3981818415 |
| | | | Interest Earned |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 263 | 11-27 | 92.00 | 267* | 12-04 | 550.00 | 288 | 11-13 | 50.00 |
| 264 | 12-03 | 153.22 | 285* | 11-13 | 2,400.00 | 290* | 11-21 | 50,000.00 |
| 265 | 12-04 | 300.00 | 287* | 11-09 | 33.00 | 292* | 11-20 | 355.07 |

Combined Statement
Page 4 of 5
Statement Period
11-08-12 through 12-07-12
B 05  0 I P Pl   5

KARIN U FOX
EVELYN C DOLL
POA NANCY DOLL

## Checks Posted in Numerical Order - Continued

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---------|--------------|-----------|---------|--------------|-----------|
| 293 | 11-26 | 35.00 | 294 | 11-28 | 350.53 |

* Gap in sequential check numbers.

**Total Checks Posted $54,318.82**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 62,773.86 | 11-21 | 61,461.60 | 11-30 | 7,141.81 |
| 11-09 | 62,740.86 | 11-26 | 60,751.17 | 12-03 | 7,835.68 |
| 11-13 | 111,830.69 | 11-27 | 207,597.07 | 12-04 | 6,985.68 |
| 11-19 | 111,684.38 | 11-28 | 6,944.41 | 12-06 | 6,285.68 |
| 11-20 | 111,329.31 | 11-29 | 6,886.94 | 12-07 | 6,286.09 |

## Money Market Savings
## Platinum Privileges Relationship Account

EVELYN C DOLL   KARIN U FOX
POA NANCY DOLL

## Your Account at a Glance

| Account Number | | XXXX XXXX 0803 | |
|---|---|---|---|
| Beginning Balance on 11-08-12 | $ | 20,343.26 | |
| Deposits and Other Additions | + | 0.50 | *Annual Percentage Yield Earned this Statement* |
| **Ending Balance on 12-07-12** | $ | **20,343.76** | *Period:  0.03%* |
| | | | *Interest Paid Year to Date:  $26.27* |

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|-------------|-----------|-----------------------|--------------|
| 12-07 | 0.50+ | 20,343.76 | Interest Earned |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|
| Beginning | 20,343.26 | 12-07 | 20,343.76 |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................... $ _____
2. Add any deposits not shown on this statement ........................................................................... $ _____

_____
_____

SUBTOTAL ........................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ........... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and          Equal Housing Lender

EXHIBIT 24

Amount:          $47,725.60
Account Number:
Bank Number:     06111278

Capture Date:      11/27/2012
Check Number:      439509



WARNING: MULTIPLE SAFETY FEATURES. THE FACE OF THIS CHECK HAS A BLUE BACKGROUND AND FLUORESCENT INK (HOLD UNDER BLACKLIGHT TO VIEW). REFER TO SECURITY ENDORSEMENT BACK FOR TRUE WATERMARK AND ADDITIONAL FEATURES

at&t

Bank of America
Atlanta, Dekalb County, Georgia

84-1278
611 GA

PLEASE DEPOSIT THIS CHECK PROMPTLY

Pay  $****FORTY-SEVEN THOUSAND SEVEN HUNDRED TWENTY-FIVE DOLLARS AND SIXTY
CENTS US FUNDS ONLY****

ATT

Check Number 0000439509

Pay to the
order of    EVELYN C DOLL
& KARIN FOX JT TEN
1528 DOROTHY LOIS DR N E
ALBUQUERQUE NM 87112

20 Nov 2012

$****47,725.60****

Computershare Inc.
Authorized Paying Agent

Computershare Inc.
250 Royall St. Canton, MA 02021

Security Features Details on Back

Authorized Signature(s)

⑆0000439509⑆ ⑉0611127⑈88⑉                    8423⑈

79900239

Seq: 76
Batch: 307240
Date: 11/27/12



Seq:80076 11/27/12
BAT:307240 CC:7940001182
WT:01 LTPS:Dallas MT
BC:East Central BC NM1-215

Electronic Endorsements
Date          Sequence
11/27/2012    4942296923

Bank #        Endrs Type    Bank Name
122000661     Rtn Loc/BOFD  BANK OF AMERICA, NA

Trunc Return Reason
Y

# EXHIBIT 25

Amount:        $139,263.51
Account Number:        Sequence Number:    4042953456
Bank Number:   09140683        Capture Date:   11/27/2012
        Check Number:    179254



REMITTER
 CLOSE CD 13118107                                      Nov 23, 2012        78-683/914
                                            DATE

PAY TO THE
ORDER OF   EVELYN DOLL                                        $139,263.51
                                                    $

One Hundred Thirty Nine Thousand Two Hundred Sixty Three and 51/100************************
                                                    DOLLARS

**CASHIER'S CHECK**                        AN AUTHORIZED SIGNATURE

"179254"  "09140683"          7691"

Seq: 76
Batch: 295865
Date: 11/27/12

Seq:00076 11/27/12
BAT:295865 CC:7940001102
WT:01 LTPS:Dallas MT
BC:East Central BG NM1-216

Electronic Endorsements
Date          Sequence        Bank #      Endrs Type   Bank Name                      Trunc Return Reason
11/27/2012    4042953456      122000661   Rtn Loc/BOFD  BANK OF AMERICA, NA            Y

# EXHIBIT 26

Amount:          $47,725.60
Account Number:      4909
Bank Number:     54085013

Sequence Number:   4942296922
Capture Date:      11/27/2012
Check Number:      0



Bank of America

Date / Fecha 11-27-12

Name / Nombre  Evelyn C Doll
Address / Direccion  1528 Dorothy Leis drne
Alb. NM 87112
Telephone No. / N° de teléfono (

Sign here if cash received
Firma aqui si recibes efectivo
Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

Account Number / Número de cuenta          4909

Deposit

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.
Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

CREDIT

Cash / Efectivo
Currency / Billetes

Coin / Monedas

Checks / Cheques     47.725.60

Sub Total            4772560
Less Cash Received
Menos efectivo recibido

Total Deposit
Total de depósito

$     4772560

⑈54085013⑈

Seq: 75
Batch: 307240
Date: 11/27/12

Seq:00075 11/27/12
BAT:307240 CC:7948001102
WT:01 LTPS:Dallas MT
BC:East Central BC NM1-216

Electronic Endorsements
Date          Sequence
11/27/2012    4942296922          Bank #          Endrs Type      Bank Name
                                  122000661       Rtn Loc/BOFD    BANK OF AMERICA, NA          Trunc Return Reason
                                                                                               Y

# EXHIBIT 27

Amount:        $139,263.51
Account:
Bank Number:   54085013

Sequence Number:   4042953455
Capture Date:      11/27/2012
Check Number:      0

**Bank of America**

Date / Fecha  11/27/12

Name
Nombre   Evelyn Doll
Address
Dirección  1528 Dorthy Lois Dr.
Alb. NM 87112

Telephone No.
Nº de teléfono (

Sign here if cash received
Firma aquí si recibes efectivo

Proper identification required when using this document.
Se requiere identificación apropiada al usar este documento.

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.
Todo efectivo y cheques recibidos
están sujetos a los términos y
condiciones de las leyes,
regulaciones y convenios de
depósito correspondientes.

| Cash · Efectivo | | |
|---|---|---|
| Currency · Billetes | | |
| Coin · Monedas | | |
| Checks / Cheques | 139,263 | 51 |
| | | |
| Sub Total | 139,263 | 51 |
| Less Cash Received | | |
| Menos efectivo recibido | | |
| Total Deposit / Total de depósito | | |

$     139,263.51

Account Number · Número de cuenta    4909

⑆540850134⑆

Seq: 75
Batch: 295865
Date: 11/27/12

Seq:00075 11/27/12
BAT:295865 CC:7940001102
WT:01 LTPS:Dallas MT
BC:East Central BG-NM1~216

11/27/2012 10:18 NMH T00030  R540850134
Acct# #######4909 CC 0001102 Tlr 00009

Total Deposit To CHK     $139,263.
Credit Pending Posts on  11/27/20
Available Now            $0.

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|---|---|---|---|---|---|
| 11/27/2012 | 4042953455 | 122000661 | Rtn Loc/BOFD | BANK OF AMERICA, NA | Y |

# EXHIBIT 28



Amount:            $40,000.00
Account Number:
Bank Number:       54085013

Sequence Number:   4942296921
Capture Date:      11/27/2012
Check Number:      0

**Bank of America**

**Out of State Counter Withdrawal**                                    **— DEBIT —**

1. **Verify** the customer name and account number on-line.
2. **Mark** the State Code for the domicile state/ entity of the account.
3. **Write** the 2-digit number in the Proof Code box below.

PLEASE COMPLETE ALL INFORMATION
AND PRESENT IDENTIFICATION

Name  Nancy Doll                    Date  11-27-12

Address  1528  Dorothy Lois N.E.          IV 280

X  A.D., n.m. 87112                    Nancy Doll

Not Negotiable - Withdrawals are permitted
only through payment to the depositor.

Location/Name Serial # (For Boston customers only)   Proof Code  Account Number   4909

                                           $   40 000.00   TOTAL AMOUNT

For use by Business Support Units

| AZ | 82 | 540860137 | (ck/sa) |
| AR | 36 | 540710135 | (ck/sa) |
| CA | 84 | 540930135 | (ck/sa) |
| CT | 76 | 540070134 | (ck/sa) |
| FL | 79 | 540590135 | (ck/sa) |
| GA | 58 | 540580132 | (ck/sa) |
| ID | 86 | 540820135 | (ck/sa) |
| IL | 32 | 540330133 | (ck/sa) |
| IN | 31 | 540360132 | (ck/sa) |
| IA | 33 | 540420137 | (ck/sa) |
| KS | 35 | 540480135 | (ck/sa) |

| ME | 88 | 540090130 | (ck/sa) |
| MD | 52 | 540520134 | (ck/sa) |
| MA | 77 | 540100130 | (ck/sa) |
| MI | 30 | 540350139 | (ck/sa) |
| MO | 34 | 540430130 | (ck/sa) |
| NV | 87 | 540880133 | (ck/sa) |
| NH | 61 | 540030132 | (ck/sa) |
| NJ | 55 | 540060131 | (ck/sa) |
| NM | 38 | 540860134 | (ck/sa) |
| NY | 81 | 540040135 | (ck/sn) |
| NC | 56 | 540560136 | (ck/sa) |

| OR | 97 | 540920132 | (ck/sa) |
| PA | 39 | 540120136 | (ck/sa) |
| RI | 57 | 540980137 | (ck/sa) |
| SC | 57 | 540570139 | (ck/sa) |
| TN | 63 | 540630154 | (ck/sa) |
| TX | 74 | 540740134 | (ck/sa) |
| VA | 53 | 540530137 | (ck/sa) |
| DC | 50 | 540500138 | (ck/sa) |
| WA | 99 | 540890136 | (ck/sa) |

Customer Connection  CC  90  540900136
Military Bank  MB  91  540910139  (ck/sa)

Seq:000K4 13727/540730131
BAT:307240 CC:7940001102
WT:01 LTP$:Dallas MT
BC:East Centrst BC NN1-216

Seq:374
Batch 307240
Date 11/27/12

Tran 00119      11/27/2012  15:26
Entity NNN  CC 0001102  Tlr 00002
Account            4909
R/T# 540850134
Official Check Sale
DRL NN*************      $40,000.00
                         06/13

Electronic Endorsements
Date          Sequence
11/27/2012    4942296921

Bank #         Endrs Type     Bank Name
122000661      Rtn Loc/BOFD   BANK OF AMERICA, NA          Trunc Return Reason
                                                           Y

# EXHIBIT 29

# DURABLE POWER OF ATTORNEY

## FOR MANAGEMENT OF PROPERTY AND PERSONAL AFFAIRS

## TABLE OF CONTENTS

**Article One. Powers** ........................................................................................
1.1   Real and Personal Property ........................................................................... 1
1.2   Securities .................................................................................................... 1
1.3   Commodity Futures and Options ................................................................... 2
1.4   Financial Institutions ................................................................................... 2
1.5   Business Operations ..................................................................................... 3
1.6   Insurance and Annuities ............................................................................... 3
1.7   Retirement Plans .......................................................................................... 4
1.8   Estate, Trust, and Other Beneficiary Transactions .......................................... 4
1.9   Power to Create, Modify, and Revoke Trusts ................................................. 5
1.10  Claims and Litigation ................................................................................... 5
1.11  Tax Matters ................................................................................................. 6
1.12  Personal and Family Maintenance ................................................................. 7
1.13  Pets ............................................................................................................ 7
1.14  Funeral and Burial ....................................................................................... 8
1.15  Government Benefits ..................................................................................... 8
1.16  All Other Matters ......................................................................................... 9
1.17  Incidental Powers ........................................................................................ 9
1.18  Restrictions on Property Management Powers ................................................. 9

**Article Two. Amplifying Provisions** ........................................................... 10
2.1   Reimbursement for Costs and Expenses ........................................................ **10**
2.2   Reasonable Compensation ............................................................................ 10
2.3   Reliance by Third Parties .............................................................................. 10
2.4   Release of Medical Information ..................................................................... 11
2.5   Ratification ................................................................................................... 11
2.6   Exculpation of My Attorney in Fact .............................................................. 11
2.7   Revocation and Amendment .......................................................................... 12

**Article Three. General Provisions** .............................................................. 12
3.1   Signature of Attorney in Fact ........................................................................ **12**
3.2   Photostatic Copies ....................................................................................... 12
3.3   Severability .................................................................................................. 12
3.4   Governing Law ............................................................................................. 12
3.5   Explanation of Durable Power for Property Management ................................ 12
                                                                                    13

# DURABLE POWER OF ATTORNEY

## FOR MANAGEMENT OF PROPERTY AND PERSONAL AFFAIRS

### INTRODUCTION

I, Evelyn Doll, a resident of Bernalillo County, New Mexico, appoint Cynthia Hitchins of 1563 Dickinson Dr., Roseville, California 95747, as my attorney in fact.

All references herein to "my attorney in fact" refer to the attorney in fact acting at the pertinent time.

I intend to create a Durable Power of Attorney (herein referred to as "this Power") pursuant to California Probate Code Section 4000 and following, specifically including the Uniform Durable Power of Attorney Act but specifically not including Probate Code Section 4600 and following relating to health care. This Power is effective immediately upon execution and shall not be affected by my subsequent disability or incapacity.

I give my attorney in fact the powers specified in this Power with the understanding that they will be used for my benefit and on my behalf and will be exercised only in a fiduciary capacity.

### ARTICLE ONE. POWERS

1.1   Real and Personal Property

I give my attorney in fact the power to take any actions he or she believes necessary or desirable for the management or maintenance of any real or personal property in which I own an interest when this Power is executed, or in which I later acquire an interest, including the power to acquire, sell, and convey ownership of property; control the manner in which property is managed, maintained, and used; change the form of title in which property is held, including the creation or change in survivorship interests in the property I own or in property which I have an

interest; satisfy and grant security interests and other encumbrances on property; obtain and make claims on insurance policies covering risks of loss or damage to property; accept or remove tenants; collect proceeds generated by property; ensure that any needed repairs are made to property; exercise rights of participation in real estate syndicates or other real estate ventures; make improvements to property; and perform any other acts described in California Probate Code Sections 4451 and 4452, except those acts that conflict with or are limited by a more specific provision in this Power.

### 1.2   Securities

I give my attorney in fact the power to take any actions he or she believes necessary or desirable with respect to any securities that I own when this Power becomes effective, or that are acquired thereafter, including the power to purchase and sell securities; exercise voting rights with respect to securities; collect dividends, interest, and any other proceeds generated by securities; transfer title to securities; and perform any other acts described in California Probate Code Section 4453, except those acts that conflict with or are limited by a more specific provision in this Power. For the purposes of this section, the term "securities" includes stocks, bonds, mutual funds, and all other types of securities and financial instruments, except commodity futures contracts and call and put options on stocks and stock indexes.

### 1.3   Commodity Futures and Options

I give my attorney in fact the power to take any actions he or she believes necessary or desirable with respect to any commodity futures contracts and options that I own when this Power becomes effective, or that are acquired thereafter, including the power to purchase, sell, or exercise commodity futures contracts and options; establish, modify, and terminate option accounts with a broker; and perform any other acts described in California Probate Code Section 4454, except those acts that conflict with or are limited by a more specific provision in this

Durable Power of Attorney for Property Management and Personal Affairs

Power. For the purposes of this section, the term "options" means call and put options on stocks and stock indexes traded on a regulated option exchange.

### 1.4 Financial Institutions

I give my attorney in fact the power to take any actions he or she believes necessary or desirable in connection with any financial institution in which I have an account or an interest in an account when this Power is executed, or in which I later acquire an account or an interest in an account, including the power to continue, modify, or terminate existing accounts; open new accounts; draw, endorse, and deposit checks, drafts, and other negotiable instruments; prepare, receive, and deliver financial statements; establish, maintain, or close safe deposit boxes; borrow money; apply for and receive traveler's checks and letters of credit; extend payment periods with respect to commercial paper; and perform any other acts described in California Probate Code Section 4455, except those acts that conflict with or are limited by a more specific provision in this Power. For the purposes of this section, the term "financial institution" includes, but is not limited to, banks, trust companies, savings banks, commercial banks, building and loan associations, savings and loan companies or associations, credit unions, industrial loan companies, thrift companies, and brokerage firms.

### 1.5 Business Operations

I give my attorney in fact the power to take any actions he or she believes necessary or desirable in connection with any business venture in which I have an interest when this Power is executed, or in which I later acquire an interest, including the power to execute and enforce my obligations and rights as a partner in any general or limited partnership to the extent permitted by law and any applicable partnership agreement; the power to execute and enforce my obligations and rights as a member or manager in any LLC to the extent permitted by law and any applicable LLC operating agreement; enforce my rights as the holder of a bond or similar instrument issued

Durable Power of Attorney for Property Management and Personal Affairs

by any business in which I have an interest; discharge my duties and enforce my rights in any sole proprietorship; expand, recapitalize, or reorganize any business to the extent my interest in that business allows; collect proceeds generated by any business in which I have an interest and to which I am entitled; sell or liquidate my interest in a business; and perform any other acts described in California Probate Code Section 4456, except those acts that conflict with or are limited by a more specific provision in this Power.

1.6  Insurance and Annuities

I give my attorney in fact the power to take any actions he or she believes necessary or desirable with respect to any insurance or annuity contracts in which I have an interest when this Power is executed, or in which I later acquire an interest, including the power to acquire additional insurance coverage of any type or additional annuities; continue existing insurance or annuity contracts; agree to modifications in the terms of insurance or annuity contracts in which I have an interest; borrow against insurance or annuity contracts in which I have an interest, to the extent allowed under the contract terms; change beneficiaries under existing contracts and name beneficiaries under new contracts, but not including the power to designate himself or herself as the beneficiary; receive dividends, proceeds, and other benefits generated by the contracts; transfer interests in insurance or annuity contracts to the extent permitted under the terms of those contracts; and perform any other acts described in California Probate Code Section 4457, except those acts that conflict with or are limited by a more specific provision in this Power.

1.7  Retirement Plans

I give my attorney in fact the power to take any actions he or she believes necessary or desirable in order to maintain or participate in any retirement plan in which I have an interest when this Power is executed, or in which I later acquire an interest, including the power to select the manner in which benefits under the plan are to be paid; designate beneficiaries under the

Durable Power of Attorney for Property Management and Personal Affairs

plan, but not including the power to designate himself or herself as the beneficiary; make voluntary contributions to the plan; make rollovers from one plan into another; to the extent authorized by the plan, borrow from the plan and sell the assets of the plan; and perform any other acts described in California Probate Code Section 4462, except those acts that conflict with or are limited by a more specific provision in this Power.

### 1.8   Estate, Trust, and Other Beneficiary Transactions

I give my attorney in fact the power to take any actions he or she believes necessary or desirable in order to act, to the extent an agent is permitted to do so by law and by any controlling instrument, with respect to any estate or trust in which I have an interest when this Power is executed, or in which I later acquire an interest, including the power to receive payments to which I am entitled from any estate or trust; participate in all proceedings concerning any estate or trust in which I have an interest; execute disclaimers of any interests I may have in any estate or trust; convey or release any contingent interests I may have in any estate or trust; make any election available to a surviving spouse under California Probate Code Section 13502 or 13503; and perform any other acts described in California Probate Code Section 4458, except those acts that conflict with or are limited by a more specific provision in this Power. For the purposes of this section, the term "estate or trust" means all matters that affect a trust, probate estate, guardianship, conservatorship, escrow, custodianship, or other fund from which I am, may become, or claim to be entitled, as a beneficiary, to a share or payment. The powers described in this section do not include the power to create, modify, or revoke trusts.

### 1.9   Power to Create, Modify, and Revoke Trusts

I give my attorney in fact the power to take any action he or she believes necessary or desirable with respect to trusts that exist when this Power is executed or that are established thereafter (other than powers that I hold in a fiduciary capacity or solely by virtue of being a

beneficiary of any trust), including the power to establish trusts for my benefit or the benefit of my issue, and any other dependents; contribute or transfer assets to any trust in which I have an interest; and exercise any power I may have as an individual (not as a fiduciary), other than as a trust beneficiary, such as borrowing trust assets, amending or revoking a trust agreement, and voting shares of stock, but subject to the limitation that any trust I have created may be modified or revoked by my attorney in fact only if expressly permitted by the trust instrument and only as provided in the trust instrument. This section shall not be construed as limiting the authority of my attorney in fact to exercise any power, with respect to trusts, that I may hold in a fiduciary capacity or as a trust beneficiary, to the extent that such authority is specifically given elsewhere in this Power.

### 1.10  Claims and Litigation

I give my attorney in fact the power to take any actions he or she believes necessary or desirable with respect to any claim that I may have or that has been asserted against me and with respect to any legal proceeding in which I have an interest when this Power is executed, or in which I later acquire an interest, including the power to institute, prosecute, and defend legal proceedings and claims on my behalf; file actions to determine adverse claims, intervene in litigation, and act as amicus curiae in any proceedings affecting my interests; seek preliminary, provisional, or intermediate relief on my behalf; apply for the enforcement or satisfaction of judgments that have been rendered in my favor; participate fully in the development of claims and proceedings; submit and accept settlement offers and participate in settlement negotiations; handle all procedural aspects, such as service of process, filing of appeals, stipulations, verifications, waivers, and all other matters in any way affecting the process of any claim or litigation; fully participate in any voluntary or involuntary bankruptcy proceeding involving me or in which I am a claimant; satisfy judgments that have been rendered against me; and perform

Durable Power of Attorney for Property Management and Personal Affairs

any other acts described in California Probate Code Section 4459, except those acts that conflict with or are limited by a more specific provision in this Power. My agent may not execute contracts that bind the principal to arbitration and may not submit to arbitration.

### 1.11 Tax Matters

For any tax year for which the statute of limitations has not run and for the tax year in which this durable power of attorney was executed and any subsequent tax year I give my attorney in fact the power to prepare and file any and all documents and take all actions that are necessary or that he or she believes to be desirable with respect to my local, state, or federal tax liability, including the power to participate in audits; exercise my rights to protest and appeal assessments; pay amounts due to the appropriate taxing authority; execute waivers, consents, closing agreements, and similar documents related to my tax liability; participate in all procedural matters connected with my tax liability; exercise any elections that may be available to me under applicable state or federal tax laws or regulations; and perform any other acts described in California Probate Code Section 4463, except those acts that conflict with or are limited by a more specific provision in this Power.

### 1.12 Personal and Family Maintenance

I give my attorney in fact the power to take any actions he or she believes necessary or desirable in order to effectively conduct my personal affairs and to discharge any and all obligations I may owe to myself and to family members and other third persons who are customarily or legally entitled to my support when this Power is executed, or that are undertaken thereafter, including the power to take steps to ensure that our customary standard of living is maintained; arrange for medical and dental care; continue existing charge accounts, open new charge accounts, and make payments thereon; provide for transportation; maintain correspondence;prepare,maintain,andpreserve personal records and documents; maintain

2013-01-15 17:34:55 (GMT)    19164710160  From: Kent Meyer

membership in any social, religious, or professional organization and make contributions thereto; and perform any other acts described in California Probate Code Section 4460, except those acts that conflict with or are limited by a more specific provision in this Power. If I have granted my agent under my power of attorney for health care (advance health care directive) the power to make certain decisions and exercise certain powers regarding my personal life and my medical care, my attorney in fact shall make any payments relating to those decisions or exercise of those powers as directed by my health care agent, and is hereby released from any and all liability for making any such payments.

### 1.13 Pets

With respect to any animal that I own when this Power is executed or that is acquired thereafter, I give my attorney in fact the power to take any actions he or she believes necessary or desirable in order to effectively maintain the animal, including the power to house, or to arrange for the housing, support, and maintenance of the animal, and to pay reasonable boarding, kenneling, and veterinary fees, or if the support and maintenance of the animal becomes unreasonably expensive, to dispose of the animal in a humane fashion, preferably by finding another home for the animal.

### 1.14 Funeral and Burial

I give my attorney in fact the power to make payments during my lifetime for my funeral or other memorial service and for burial or cremation of my remains, including the purchase of a burial plot or other place for interment of my remains or ashes, as directed by my agent under my power of attorney for health care, for which payments my attorney in fact is hereby released from any and all liability.

Durable Power of Attorney for Property Management and Personal Affairs

1.15 Government Benefits

With respect to any government benefits either existing when this Power is executed or accruing thereafter, whether in this state or elsewhere, I give my attorney in fact the power to take all actions he or she believes necessary or desirable other than submit my claims to arbitration, including the power to execute and deliver vouchers related to government benefits; take possession of and store property as allowed under any government benefit program in which I have an interest; prepare and submit claims for government benefits to which I may be entitled; collect proceeds due to me under any government benefit plan; and perform any other acts described in California Probate Code Section 4461, except those acts that conflict with or are limited by a more specific provision in this Power. For the purposes of this section, the term "government benefits" means benefits from social security, Medicare, Medicaid, or other governmental programs, or from civil or military service.

1.16 All Other Matters

Except for those actions that conflict with or are limited by another provision in this Power, I give my attorney in fact the power to act as my alter ego with respect to all matters and affairs that are not included in the other provisions in this Power, to the extent that a principal can act through an agent. This section does not authorize my attorney in fact to make health care decisions, as defined in California Probate Code Section 4617.

1.17 Incidental Powers

In connection with the exercise of any of the powers described in the preceding sections, I give my attorney in fact full authority, to the extent that a principal can act through an agent, to take all actions that he or she believes necessary, proper, or convenient, to the extent that I could take such actions myself, including the power to prepare, execute, and file all documents and maintain records; enter into contracts, other than contracts that bind me to arbitration; hire,

Durable Power of Attorney for Property Management and Personal Affairs

discharge, and pay reasonable compensation to attorneys, accountants, expert witnesses, or other assistants; engage in litigation regarding a claim in favor of or against me; execute, acknowledge, seal, and deliver any instrument; and perform any other acts described in California Probate Code Section 4450, except those acts that conflict with or are limited by a more specific provision in this Power.

### 1.18   Restrictions on Property Management Powers

Notwithstanding any other provision in this Power, my attorney in fact shall not do any of the following:

(a)   Exercise any of the powers of the trustee under an irrevocable trust of which my attorney in fact is settlor and of which I am a trustee.

(b)   Use my property to discharge the legal obligations of my attorney in fact, including but not limited to the support of the dependents of my attorney in fact, except for those dependents to whom I, along with my attorney in fact, owe a duty of support.

(c)   Exercise any incident of ownership over any insurance policy that I own and that insures the life of my attorney in fact.

## ARTICLE TWO. AMPLIFYING PROVISIONS

### 2.1   Reimbursement for Costs and Expenses

My attorney in fact shall be entitled to reimbursement from my property for reasonable expenditures properly made in the execution of the powers conferred by me in this Power. My attorney in fact shall keep records of any such expenditures and reimbursements.

### 2.2   Reasonable Compensation

My attorney in fact shall be entitled to reasonable compensation for the services rendered in the execution of any of the powers conferred by me in this Power. The factors that should be taken into account in determining the amount of compensation shall be the time expended by my attorney in fact, the value of the property over which my attorney in fact exercises control and

Durable Power of Attorney for Property Management and Personal Affairs

Durable Power of Attorney for Property Management and Personal Affairs

management, and the complexity of the transaction entered into by my attorney in fact in functioning under this Power. My attorney in fact may make the payment of such amount from my assets every month, and shall keep records that include the amount of time spent in performing the services, a description of the services performed, and the amount of compensation paid to himself or herself for each such time period.

### 2.3   Reliance by Third Parties

To induce third parties to rely upon the provisions of this Power, I, for myself and on behalf of my heirs, successors, and assigns, hereby waive any privilege that may attach to information requested by my attorney in fact in the exercise of any of the powers described herein. Moreover, on behalf of my heirs, successors, and assigns, I hereby agree to hold harmless any third party who acts in reliance upon this Power for damages or liability incurred as a result of that reliance.

### 2.4   Release of Medical Information

My attorney in fact shall make any payments required for the provision and/or release of information or photocopies of any records to my agent under my power of attorney for health care (advance health care directive) regarding my personal affairs or my physical or mental health, including medical, dental, and hospital records, as directed by my health care agent. My attorney in fact is hereby released from any and all liability for making any such payments.

### 2.5   Ratification

I ratify and confirm all that my attorney in fact does or causes to be done under the authority granted in this Power. All instruments of any sort entered into in any manner by my attorney in fact shall bind me, my estate, my heirs, successors, and assigns.

Durable Power of Attorney for Property Management and Personal Affairs

### 2.6 Exculpation of My Attorney in Fact

My attorney in fact shall not be liable to me or any of my successors in interest for any action taken or not taken in good faith, but shall be liable for any willful misconduct or gross negligence.

### 2.7 Revocation and Amendment

I revoke all prior general powers of attorney that I may have executed and I retain the right to revoke or amend this document and to substitute other attorneys in fact in place of my attorney in fact. Amendments to this document shall be made in writing by me personally (not by my attorney in fact) and they shall be attached to the original of this document and recorded in the same county or counties as the original if the original is recorded.

## ARTICLE THREE. GENERAL PROVISIONS

### 3.1 Signature of Attorney in Fact

My attorney in fact shall use the following form when signing on my behalf pursuant to this Power: "Evelyn Doll by Cynthia Hitchins, her attorney in fact."

### 3.2 Photostatic Copies

Persons dealing with my attorney in fact may rely fully on a photostatic copy of this Power.

### 3.3 Severability

If any of the provisions of this Power are found to be invalid for any reason, such invalidity shall not affect any of the other provisions of this Power, and all invalid provisions shall be wholly disregarded.

### 3.4 Governing Law

All questions pertaining to validity, interpretation, and administration of this Power shall be determined in accordance with the laws of California.

Durable Power of Attorney for Property Management and Personal Affairs

### 3.5   Explanation of Durable Power for Property Management

I understand that this Power is an important legal document. Before executing this document, my lawyer explained to me the following: (1) this document provides my attorney in fact with broad powers to dispose, sell, convey, and encumber my real and personal property; (2) the powers granted in this Power will exist for an indefinite period of time unless I limit their duration by the terms of this Power or revoke this Power, and they will continue to exist notwithstanding my subsequent disability or incapacity; and (3) I have the right to revoke or terminate this Power at any time.

Executed on _____1-16-2013_____, at Silver City, New Mexico.

_Albuquerque / E. C. D._

_Evelyn Doll_
Evelyn Doll

Acceptance by Attorney in Fact

Dated: _1-16-13_          _Cynthia Hitchens_
Cynthia Hitchins

Hitchens  (CH)

Durable Power of Attorney for Property Management and Personal Affairs

3.5   Explanation of Durable Power for Property Management

I understand that this Power is an important legal document. Before executing this document, my lawyer explained to me the following: (1) this document provides my attorney in fact with broad powers to dispose, sell, convey, and encumber my real and personal property; (2) the powers granted in this Power will exist for an indefinite period of time unless I limit their duration by the terms of this Power or revoke this Power, and they will continue to exist notwithstanding my subsequent disability or incapacity; and (3) I have the right to revoke or terminate this Power at any time.

Executed on  February 2, 2013  at  Roseville, Calif.


_____
Evelyn Doll


Acceptance by Attorney in Fact


Dated:  2-2-13          _____
                                      Cynthia Hitchins

                                      Hitchens

Durable Power of Attorney for Property Management and Personal Affairs

## ACKNOWLEDGMENT

State of. California )
)
County of Placer )

On February 2 2013 before me, Lanita Christian, a notary public,

personally appeared Evelyn Doll. who proved to me on the basis of satisfactory evidence to be

the person whose name is subscribed to the within instrument and acknowledged to me that she

executed the same in her authorized capacity and that by her signature on the instrument the

person. or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California

the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
(Notary Signature)                                    (Seal)

LANITA CHRISTIAN
COMM. # 1933785
NOTARY PUBLIC-CALIFORNIA
PLACER COUNTY
My Comm. Exp. APR. 24, 2015

Durable Power of Attorney for Property Management and Personal Affairs

## LAWYER'S CERTIFICATE

I am a lawyer authorized to practice law in the state where this power of attorney was executed, and the principal was my client at the time this power of attorney was executed. I have advised my client concerning her rights in connection with this power of attorney and the applicable law and the consequences of signing or not signing this power of attorney, and my client, after being so advised, has executed this power of attorney.

Dated: __1/22/2013__

_____
Kent  Meyer, SBN 117485
Meyer & Yee, LLP
950 Reserve Dr. Suite 110
Roseville, California 95678

Durable Power of Attorney for Property Management and Personal Affairs — Statement of Principal

# STATEMENT OF EVELYN DOLL

I, Evelyn Doll, am the principal under a Durable Power of Attorney for Property Management and Personal Affairs, which was prepared for me by Kent Meyer and which I am executing at the same time that I am executing this statement. I hereby acknowledge that Kent Meyer advised me fully concerning my rights in connection with this Durable Power of Attorney for Property Management and Personal Affairs and explained the applicable law and the consequences of signing or not signing this Durable Power of Attorney for Property Management and Personal Affairs. I have been shown and have read the warnings contained in subdivision (a) of California Probate Code Section 4128, a copy of which is attached hereto and which I have initialed.

Executed on ___1-16-2013___, at ~~Silver City,~~ New Mexico.

_Evelyn Doll_

Durable Power of Attorney Statutory Warning

<u>California Probate Code Section 4128(a)</u>

<u>NOTICE TO PERSON EXECUTING DURABLE POWER OF ATTORNEY</u>

A DURABLE POWER OF ATTORNEY IS AN IMPORTANT LEGAL DOCUMENT. BY SIGNING THE DURABLE POWER OF ATTORNEY, YOU ARE AUTHORIZING ANOTHER PERSON TO ACT FOR YOU, THE PRINCIPAL. BEFORE YOU SIGN THIS DURABLE POWER OF ATTORNEY, YOU SHOULD KNOW THESE IMPORTANT FACTS:

YOUR AGENT (ATTORNEY IN FACT) HAS NO DUTY TO ACT UNLESS YOU AND YOUR AGENT AGREE OTHERWISE IN WRITING.

THIS DOCUMENT GIVES YOUR AGENT THE POWERS TO MANAGE, DISPOSE OF, SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY, AND TO USE YOUR PROPERTY AS SECURITY IF YOUR AGENT BORROWS MONEY ON YOUR BEHALF.

YOUR AGENT WILL HAVE THE RIGHT TO RECEIVE REASONABLE PAYMENT FOR SERVICES PROVIDED UNDER THIS DURABLE POWER OF ATTORNEY UNLESS YOU PROVIDE OTHERWISE IN THIS POWER OF ATTORNEY.

THE POWERS YOU GIVE YOUR AGENT WILL CONTINUE TO EXIST FOR YOUR ENTIRE LIFETIME, UNLESS YOU STATE THAT THE DURABLE POWER OF ATTORNEY WILL LAST FOR A SHORTER PERIOD OF TIME OR UNLESS YOU OTHERWISE TERMINATE THE DURABLE POWER OF ATTORNEY. THE POWERS YOU GIVE YOUR AGENT IN THIS DURABLE POWER OF ATTORNEY WILL CONTINUE TO EXIST EVEN IF YOU CAN NO LONGER MAKE YOUR OWN DECISIONS RESPECTING THE MANAGEMENT OF YOUR PROPERTY.

Durable Power of Attorney Statutory Warning

YOU CAN AMEND OR CHANGE THIS DURABLE POWER OF ATTORNEY ONLY BY EXECUTING A NEW DURABLE POWER OF ATTORNEY OR BY EXECUTING AN AMENDMENT THROUGH THE SAME FORMALITIES AS AN ORIGINAL. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS DURABLE POWER OF ATTORNEY AT ANY TIME, SO LONG AS YOU ARE COMPETENT.

THIS DURABLE POWER OF ATTORNEY MUST BE DATED AND MUST BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC OR SIGNED BY TWO WITNESSES. IF IT IS SIGNED BY TWO WITNESSES, THEY MUST WITNESS EITHER (1) THE SIGNING OF THE POWER OF ATTORNEY OR (2) THE PRINCIPAL'S SIGNING OR ACKNOWLEDGMENT OF HIS OR HER SIGNATURE. A DURABLE POWER OF ATTORNEY THAT MAY AFFECT REAL PROPERTY SHOULD BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC SO THAT IT MAY EASILY BE RECORDED.

YOU SHOULD READ THIS DURABLE POWER OF ATTORNEY CAREFULLY. WHEN EFFECTIVE, THIS DURABLE POWER OF ATTORNEY WILL GIVE YOUR AGENT THE RIGHT TO DEAL WITH PROPERTY THAT YOU NOW HAVE OR MIGHT ACQUIRE IN THE FUTURE. THE DURABLE POWER OF ATTORNEY IS IMPORTANT TO YOU. IF YOU DO NOT UNDERSTAND THE DURABLE POWER OF ATTORNEY, OR ANY PROVISION OF IT, THEN YOU SHOULD OBTAIN THE ASSISTANCE OF AN ATTORNEY OR OTHER QUALIFIED PERSON.

_E.C.W._
Initials

# REVOCATION OF POWER OF ATTORNEY

I, Evelyn C. Doll, of University of New Mexico Psychiatric Center, 2600 Marble N.E., Albuquerque, New Mexico, 87106, (hereinafter referred to as "Principal"), having executed a Durable Power of Attorney on the 22nd day of June, 2011, to Nancy Doll, of 1528 Dorothy Lois N.E., Albuquerque, New Mexico, 87112, my attorney-in-fact/agent, to act in my behalf as my true and lawful attorney in order to handle my financial affairs. I hereby revoke that Power of Attorney in accordance with Section 45-5B-110(A)(3) of the 2012 New Mexico Statutes, by written revocation signed and dated by me and pursuant to its explicit provision that it may be revoked by me by written instrument signed by me and delivered to my attorney-in-fact/agent. This is my written revocation of the above referenced Power of Attorney and I am providing a copy of it to my attorney-in-fact/agent.

Signature of Principal *Evelyn C. Doll*

Printed Name of Principal : *E V E L Y N C. D O L L*

# EXHIBIT 30



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|----|
| VIEWPOINTE | 20130118 | 453992 | 6111278 | 8423 | 000000 | 98,758.00 | 1989835541 | |

NUMBER: MULTIPLE SAFETY FEATURES. FEATURE OF THIS DOCUMENT

at&t

PLEASE DEPOSIT THIS CHECK PROMPTLY

Bank of America
Atlanta, Dekalb County, Georgia

84-1278
611 GA

Pay        $****NINETY-EIGHT THOUSAND SEVEN HUNDRED FIFTY-EIGHT DOLLARS ONLY US
           FUNDS ONLY****                                                                ATT

                                                                    Check Number: 0000453992

Pay to the     EVELYN C DOLL
order of       1628 DOROTHY LOIS DR N E
               ALBUQUERQUE NM 87112                                  17 Jan 2013

                                                                    $****98,758.00****

Computershare Inc.
250 Royall St., Canton, MA 02021                        Computershare Inc.
                                                        Authorized Paying Agent

⑈0000453992⑈ ⑆061112788⑆         8423⑈

81644630

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

She used Evelyn (moms) info & had a ck for the proceeds of the sale $98758.00 Sent to Texas (Nan) address on file. Then Nancy signed the ck & Deposited it to NM Bank

Nancy called Computer Shar Holding Co. On 1-17-13 & Executed a Sale of Trade of 2900 Shares of AT&T. thru automated phone system

2/2/2013

# EXHIBIT 31

| Site VIEWPOINTE | Paid Date 20130118 | Serial 570163347 | Routing 10700219 | Account ▓▓7711 | PC 000037 | Amount 98,758.00 | Sequence # 1989835540 | Ca |
|---|---|---|---|---|---|---|---|---|

**Deposit:**

(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

\* ▓▓7711 —   Date 1-18-2013   Cash

Please print Name   Nancy Doll

Please print Street Address, City, State Zip Code   1528 Dorothy Lois Dr Alb NM 8111▓

Please sign in teller's presence for cash received. Two forms of ID may be required for cash back transactions.

X

Bank Use Only (When SVT is Not Available)

| Customer Id | Exp date | Token Verified (✓) ☐ | Approval |
|---|---|---|---|

Total Checks (include total from other side)   98,758.—

Subtotal

Minus cash back

Total  $   98,758.—

Deposits may not be available for immediate withdrawal. See Delayed posting information on reverse.

⑆570163347⑆ ⑉500000377⑉

Wells Fargo Confidential When Completed

CHECKS

CASH COUNT FOR BANK USE

TOTAL CHECKS

TOTAL  $

X 100
X 50
X 20
X 10
X 5
X 2
X 1

ENTER THIS TOTAL ON FRONT

AMOUNT

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

# EXHIBIT 32

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|-----------|-----|
| VIEWPOINTE | 20130128 | 2705517 | 7191558 | 4729 | 000000 | 11,815.60 | 1888232281 | |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

# EXHIBIT 33

Page 1 of 2

Case 2:13-cv-00987-LKK-DAD   Document 1   Filed 05/16/13   Page 143 of 163

| Site VIEWPOINTE | Paid Date 20130128 | Serial 607691578 | Routing 10700219 | Account ▇▇7711 | PC 000037 | Amount 11,815.60 | Sequence # 1888232280 | C |

**Deposit:**

(Check One)   ☑ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

**WELLS FARGO**

Account Number
* ▇▇▇▇▇▇ 77 11        Date  1-28-13        Cash

Please print Name
Evelyn Doll

Total Checks    11 815.60

Please print Street Address, City, State Zip Code
1528 Dorothy Lois Albq NM 87112

Subtotal

Please sign in teller's presence for cash received  Two forms of ID may be required for cash back transactions

Minus cash back

X _____

Total $   11 815.60

Bank Use Only (When SV7 Is Not Available)

| Customer Id | Exp date | Token Verified (✓) | Approval |

TLR5897 (08/11) WF3117  12636217

⑈607691578⑈ ⑉500000377⑉

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

https://oibservices.wellsfargo.com/OIB/ControllerServlet

2/2/2013

# EXHIBIT 34

**View Images**

<u>Back</u>   Customer Charge Option | Charge the account of the Image ▾ |   Billing Account No.: [          ]

| Site<br>VIEWPOINTE | <u>Paid Date</u><br>01252013 | <u>Serial No</u><br>95 | <u>Routing</u><br>10700219 | <u>Account</u><br>▉7711 | PC<br>000060 | <u>Amount</u><br>$ 120000.00 | <u>Sequence</u><br>8116264949 | <u>Capture Source</u><br>00007559 |

🖶 print

Download

| Default | **Lighter** | **Darker** | **Invert** | ↻ Rotate | Rotate ↺ | **View Back** |

<u>Zoom In</u>   ● ● ● ●   Zoom Out



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

status:
SELECTED
account:
▉7711
serial: 95
Amount:
$120000.00

Select items
from the list
below to view
that image

# EXHIBIT 35

(1 of 2)

27 June 12

Jenny M. Mata
does promise to
pay $1000.⁰⁰ to
Evelyn C. Noll
by the 5th of
every month,
beginning on
05 July 12, until
$90,000 is paid
in full for
the property
of 2001, 2003

2 of 2

and 2005 n. Swan,
Silver City, N. M.
88061.

x _____ n. mata     x Nancy Dall
genny m. mata          nancy Dall Reis
                       for Evelyn C.
                       Dall

State of NM  County of Grant
Subscribed and sworn to before me on 10-08-10

x _____ notary     x _____

OFFICIAL SEAL
Stacey Villanueva
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4-4-2016

OFFICIAL SEAL
VICTOR MONTOYA
NOTARY PUBLIC-State of New Mexico
My Commission Expires: 3/13/2017

# EXHIBIT 36

*faxed to SW escrow on 1-28-13*     1/29/13     *let me know when he's on phone*

## THE ADDENDUM TO THE ESCROW AGREEMENT

For valuable consideration, Buyer Peter A. Keys unilaterally agrees and promises to pay additional sums as described herein in order to complete his obligations set out in the escrow agreement executed on June 12, 2012 and held by Southwest Escrow & Paralegal Services, a follows:

1.      Peter A Keys, Buyer will pay forty-eight (48) additional monthly payments to Evelyn Doll, Seller, in the amount of $865.43 each, beginning with the month next following completion of Peter A. Keys' promises to pay made in the aforesaid escrow agreement.

_____

Peter A. Keys

Dated: 11-29-12

*this is what Pete needs a copy of -*
*575 546-0219.*

*our fax # 575 388-5747*

# EXHIBIT 37

## AMORTIZATION & PAYMENT SCHEDULE

Client: Keys, Peter A. // Doll

ES 120702   4%   (0.0033333)   Regular   Late $25 / 30 Days

| | A Date | B Payment | C Interest | D Cum Int. | E Principal | F Balance | G Paid | H Notes | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 06/13/12 | | | | | 117,000.00 | | | | | |
| 6 | 07/01/12 | 800.00 | 390.00 | 390.00 | 410.00 | 116,590.00 | | | | | |
| 7 | 08/01/12 | 0.00 | 388.63 | 778.63 | -388.63 | 116,978.63 | | | | | |
| 8 | 09/01/12 | 0.00 | 389.92 | 1,168.55 | -389.92 | 117,368.55 | 07/09/12 | MO to Doll | #2009060B582(Postal) | | |
| 9 | 10/01/12 | 0.00 | 391.22 | 1,559.77 | -391.22 | 117,759.77 | | | | | |
| 10 | 11/01/12 | 0.00 | 392.53 | 1,952.30 | -392.53 | 118,152.30 | | | | | |
| 11 | 12/01/12 | 0.00 | 393.84 | 2,346.14 | -393.84 | 118,546.14 | | | | | |
| 12 | 01/01/13 | 837.25 | 395.15 | 2,741.29 | 442.10 | 118,104.04 | | | | | |
| 13 | 02/01/13 | 837.25 | 393.68 | 3,134.97 | 443.57 | 117,660.47 | 01/30/13 | MO | | | |
| 14 | 03/01/13 | 837.25 | 392.20 | 3,527.16 | 445.05 | 117,215.41 | 01/30/13 | MO | R874343 | | |
| 15 | 04/01/13 | 865.43 | 390.71 | 3,917.88 | 474.72 | 116,740.70 | 01/30/13 | MO | R874344 | | |
| 16 | 05/01/13 | 865.43 | 389.13 | 4,307.01 | 476.30 | 116,264.40 | 01/30/13 | MO | R874.45 | | |
| 17 | 06/01/13 | 865.43 | 387.54 | 4,694.55 | 477.89 | 115,786.51 | | | | | |

Handwritten notes (right margin):

Jan 2013
Feb 2013
March 2013 — will be applied to 8-1-13
9-1-13
10-1-13 / Due Southwest at escrow
Interest 5-13

# EXHIBIT 38

# Peter A. Keys

**Attorney at Law**
504 East 32nd Street, Silver City, New Mexico 88061
575-388-2521/Fax 575-388-5747/pakeys@newmexico.com

January 29, 2013 (a.m.)

Cynthia Hitchens (via email)
Evelyn Doll c/o Cynthia Hitchens (via email)

Cynthia and Evelyn,

Excuse my brevity; to get this to you quickly, I must "talk fast".  Responding to both of your January 20, 2013 emails:

My family moved into east 32nd house on or about August, 20th, 2012.  The first six months' escrow payments (July-December, the 2012) were treated by agreement as paid in exchange for legal services.  To elaborate, enclosed your escrow agreement plus addendum held by the escrow agent.  It isn't rent but payment.

The Nancy sent me a handwritten agreement (enclosed) as to the duplex (which I think of as a triplex); she asked me to type it up as a typed of document but later directed me not to finish doing so.  That's all I know.

I've sent you the only medical records I have concerning Evelyn.

Peter A. Keys

P.S.   Evelyn's welcome to about 20, 30 lbs. from me.

# EXHIBIT 39

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| 107000044 | 1888762407 | 01222013 | $2000.00 | 3255 | 384864 | 00010004 |



https://oibservices.wellsfargo.com/OIB/PrintImage.jsp

2/2/2013

# EXHIBIT 40



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

# EXHIBIT 41

# Peter A. Keys

### Attorney at Law

504 East 32nd Street, Silver City, NM 88061   ✳   575-388-2521/Fax 575-388-5747
pakeys@newmexico.com

March 25, 2013

Via Facsimile: 916-676-0536

Miles C. McCoy
McCoy/fatula
950 Reserve Drive, #11
Roseville, California 95678

Mr. McCoy,

Nancy Doll emailed me a letter that she received from you. I have read your letter and now wish to reply from my point of view. I am not writing on behalf of Nancy Doll or anyone else, nor will I do so later. For that matter, I see no need to speak to Nancy about the matter state in your letter, and won't be doing so. For the last few weeks, I have sensed that trouble was brewing between Cynthia Hitchens and Nancy Doll, and I have tried to stay out of any cross-fire. My instincts are to write this letter to you, send Nancy a copy and to let matters go at that. Of course I will try to be responsive to appropriate requests of me to provide more information. By copy of this letter I am advising Nancy of my position. Perhaps she will want to retain counsel; clearly you are taking good care of Evelyn. I wish them well.

I begin by telling you what I don't know. Your detailed statements about Nancy's handling of Evelyn's bank accounts relate to matters previously unknown to me except for mention of money paid to me for attorney fees, which I will discuss later in this letter. I have never done any work related to or been privy to Evelyn's on-going finances or had access to or knowledge of her bank accounts.

What I do know is as follows:

Evelyn and Nancy contacted me about doing a review (it turned out to be an overhaul of sorts) of what proved to be an enormous store of documents that Nancy said she had found at Evelyn's home (504 East 32nd Street) in Silver City. I agreed to take custody of those items, most of which were unopened envelopes from banks, corporations, individuals; to open them; read the contents, etc. I understood that my overall goal was to determine the significance and value of the property described in the documents and to start figuring out how to marshal assets.

I soon was able to fathom the rather tremendous scope of my task; apparently Evelyn had been squirreling away, unopened, vast amounts of correspondence for several years. I was finding

Miles C. McCoy
March 25, 2013
Page 2.

many, many checks, dating back years, representing payments from banks and corporations, I quickly began to realize not only the great scope of the project, but its actual value. Though I did not count these documents, there were several hundred or more; they occupied maybe 40 or 50 cubic square feet of space.

My son, then a graduating senior, who had long done other "staff jobs" in my office, agreed to help me with the project; his tireless efforts proved to be greatly beneficial, until he left for college in August, 2012. Frankly, in hindsight, I could not have accomplished what I did without him, and I will always be indebted to him.

I tried to explain to Nancy and at times to Evelyn directly, how much work the project was requiring. Eventually I returned to them, if I remember correctly, three or four 30-gallon garbage bags cram full of envelopes and letter, cards, etc. that were of no apparent legal or financial consequence but which I recommended they look over.

At some point I provided them with a box containing carefully sorted and organized (by source, dates) documents and checks, plus summaries of those matters. I also was in contact with Stephanie Dennis of the New Mexico Taxation and Revenue, unclaimed property division, a New Mexico agency that warehoused assets the whereabouts of owners of which were unknown to the senders/payors; I received several checks for substantial sums of money, all of which of course I forwarded to Evelyn c/o Nancy.

Before going on with more about my involvement, I want to pause here to say that during the time I was involved with carrying out the project and reporting to Evelyn and Nancy, I believed that Evelyn was competent and quite lucid; she is a delightful lady. I was, am, and will probably always be somewhat perplexed at her having neglected her financial affairs; I gather that she was certainly affected by the loss of her husband. But she appeared to be contented at having Nancy and one or another grandchildren with her, and then at relocating to Albuquerque. My own and my family's relations with Evelyn and Nancy were cordial.

Somewhere around the time that Evelyn decided to move to Albuquerque to be close to Nancy and other loved ones, Nancy advised that Evelyn wanted to sell her house and a triplex that Evelyn owned in Silver City; Nancy thought it best to accomplish this quickly and easily as possible. When they asked whether I would be interested in buying the house at East 32nd Street, after some thought, I indicated that, yes, I was tempted, but would need to research governing rules of professional responsibility. I did enough research to be convinced that under the circumstances, with full disclosure to and discussion with Evelyn and Nancy, I could do so ethically. I discussed this throughly with them.

I proposed to purchase, expecting (as I still do) to refinance later, for the price at which the Grant County Assessor valued the property. This took into consideration that no realtor's commission

Miles C. McCoy
March 25, 2013
Page 3.

or closing costs would have to be paid, plus Evelyn's desire to accomplish quickly freeing herself of property at distance from Albuquerque. Nancy proposed that I also buy the furnishings, for $1200; I did know how much used furniture was worth, and my wife suggested to me $2000, which I promised to pay. (I have paid that.) The furniture is still at the house, much of it stored in the garage.

With Evelyn having moved to Albuquerque, I began receiving emails and phone calls (often after business hours) which by their contents, tone, frequency caused me to grow concerned about Evelyn's medical condition and eventually about her, Nancy's and Cynthia's relations with each other. At around the same time, having moved my family and law office into the 504 East 32nd Street house, I began to realize that, regardless of market value, I myself was quite pleased with having my family and my office in such comfortable and pleasant surroundings, and I decided that I would pay more than the agreed price; so, I advised the escrow agent (providing a notarized statement to that effect) that I was binding myself to four additional years of payments. Inexplicably, Cynthia responded by saying that Evelyn didn't want the additional payments; I told the escrow agent that I nonetheless considered myself bound to pay them, in order to obtain a deed eventually; that is, and will always be, my position.

Nancy had warned me that the house had contracted mold when, I gathered, Evelyn had suffered flooding and had lived in standing water until Nancy, in Silver City to visit, had discovered her mother living in such straitened conditions. Nancy believed that the mold problem had been cured, but it looks as though the problem persists, to some degree. Due to being disabled from activities such as dealing with renovations, I haven't gotten around to ascertaining what needs to be done, much less to doing anything about this hope to do so in the near future (as well as to address the need for substantial landscaping). The point is that I believe that the sale of the house was and is fair to Evelyn and to me.

Now, returning to the matter of the project I worked on: early on, I saw an opportunity for Evelyn to realize far more value than might appear at first blush (and also saw possible pitfalls, having to do with statutes or regulations imposing limitations as to interest, dividends or other types of growth of the bank accounts, stocks, etc.) I told Evelyn and Nancy about such " visions", and that I was slowly trying to develop aspirations into actual ideas and strategies–sort of a second phase.

Eventually Nancy instructed me to take no further actions; she advised that she, and Evelyn, would handle matters themselves. She also began to question whether I had earned the fees charged. After much consideration, and for a variety of reasons, I decided that I would return $21,000 fees, and I did so, by cashier's check to Evelyn; Evelyn was still in Albuquerque, under Nancy's wing, at the time. My attitude was that I did not owe the money but happened to have it available, wanted to preserve good relations and believed (as I still do) that the value of my work was not fully realized, by not pursuing possible increases from interest, stock growth,

Miles C. McCoy
March 25, 2013
Page 4.

etc. (complicated by mergers, splits, etc.) As with paying more for the house, I just wanted to be fair.

I apologize for being a bit long-winded. Let me know if I can be of further assistance.

Thank you.

Peter A. Keys

cc: Nancy Doll (via email)