McCoylfatula, LLP
Miles C. McCoy SBN 275643
Stephen M. Fatula SBN 275814
950 Reserve Dr, Ste. 110
Roseville, CA 95678
916.252.1620
McCoy@McCoyfatula.com

Attorneys for Plaintiff,
Evelyn C. Doll.

DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN C. DOLL<br>    Plaintiff,<br><br>vs.<br><br>NANCY DOLL, ALEXANDER K. DOLL, PETER A. KEYS, DEBBIE KEYS, JENNY MATA, JENNIFER BICKFORD<br>and<br>DOES 1 – 99,<br>    Defendants. | Case No.: 2:13-cv-987<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN,** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses the above-captioned action in its entirety without prejudice.

Dated: 7/14/13

_____
MILES C. MCCOY

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE